# Stefanie Prather

| | |
|---|---|
| **From:** | Shannon Jones |
| **Sent:** | Monday, March 2, 2020 10:04 AM |
| **To:** | WAWDdb_Criminal Transfers |
| **Subject:** | USA  v. Kaleb Cole 4:20mj403 Rule 5 Paperwork |
| **Attachments:** | Cole Rule 5 Paperwork.pdf |
| **Importance:** | High |

Good Afternoon:



Shannon V. Jones, Case Manager to
Magistrate Judge Nancy Johnson
U.S. District Courts, 515 Rusk St.
Houston, TX 77002
(713) 250-5703

1