CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:20−mj−00403 All Defendants
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Cole | Date Filed: 02/26/2020 |
| Other court case number: 20mj088 Washington Western District Court − Seattle | Date Terminated: 03/02/2020 |

Assigned to: Magistrate Judge Nancy K Johnson

**Defendant (1)**

| | | |
|---|---|---|
| **Kaleb Cole**<br>*TERMINATED: 03/02/2020* | represented by | **Aisha Japera Dennis**<br>Federal Public Defender<br>440 Louisiana St<br>Ste 1350<br>Houston, TX 77002<br>713−718−4600<br>Email: aisha_dennis@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Federal Public Defender − Houston**<br>440 Louisiana<br>Ste 310<br>Houston, TX 77002<br>713−718−4600<br>Fax: 713−718−4610<br>Email: hou_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|

1

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |

18:371 Conspiracy Stalking
Mailing Threats

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/26/2020 | 1 | 4 | Copy of Complaint from the Washington Western District Court − Seattle Division 20mj088 as to Kaleb Cole, filed.(kmurphyadi, 4) (Entered: 02/26/2020) |
| 02/26/2020 | | 30 | Arrest (Rule 40) of Kaleb Cole. (kmurphyadi, 4) (Entered: 02/26/2020) |
| 02/26/2020 | | 27 | ***Set Hearing as to Kaleb Cole: Initial Appearance − Rule 40 set for 2/26/2020 at 02:00 PM before Magistrate Judge Nancy K Johnson (kmurphyadi, 4) (Entered: 02/26/2020) |
| 02/26/2020 | | 29 | Minute Entry for proceedings held before Magistrate Judge Nancy K Johnson: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Kaleb Cole held on 2/26/2020. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Order of Temporary Detention Pending Hearing. Case is UNSEALED. Identity Hearing set for 02.28.20 @2PM before Judge Johnson. Deft WAIVED other hearings in Houston. Appearances:AUSA S. Schammel, FPD D. Austin.(ERO:Yes) (Interpreter:No) Deft remanded to Custody, filed.(sjones, 4) (Entered: 02/27/2020) |
| 02/26/2020 | 2 | 31 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. Federal Public Defender − Houston for Kaleb Cole ( Signed by Magistrate Judge Nancy K Johnson) Parties notified. (sjones, 4) (Entered: 02/27/2020) |
| 02/26/2020 | 3 | 32 | Sealed Financial Affidavit CJA 23 by Kaleb Cole, filed. (Entered: 02/27/2020) |
| 02/26/2020 | 4 | 33 | WAIVER of Rule 5 & 5.1 Hearings by Kaleb Cole, filed.(sjones, 4) (Entered: 02/27/2020) |
| 02/26/2020 | 5 | 34 | Order of Temporary Detention Pending Hearing as to Kaleb Cole Identity Hearing set for 2/28/2020 at 02:00 PM in Courtroom 700 before Magistrate Judge Nancy K Johnson ( Signed by Magistrate Judge Nancy K Johnson) Parties notified. (sjones, 4) (Entered: 02/27/2020) |
| 02/27/2020 | | 28 | NOTICE OF ATTORNEY APPEARANCE Aisha Japera Dennis, Federal Public Defender, in case as to Kaleb Cole, filed.(Dennis, Aisha) (Entered: 02/27/2020) |

| | | | |
|---|---|---|---|
| 02/27/2020 | | 35 | PLEASE DISREGARD THIS ENTRY.RULE 5 Papers sent email to Virginia ED Court Division as to Kaleb Cole, filed.(sjones, 4) Modified on 2/27/2020 (sjones, 4). (Entered: 02/27/2020) |
| 02/27/2020 | | 36 | Case reopened as to Kaleb Cole (sjones, 4) (Entered: 02/27/2020) |
| 02/27/2020 | | 37 | Set/Reset Deadlines/Hearings as to Kaleb Cole: Identity Hearing reset for 2/28/2020 at 02:00 PM in Courtroom 700 before Magistrate Judge Nancy K Johnson (sjones, 4) (Entered: 02/27/2020) |
| 02/28/2020 | 6 | 38 | Minute Entry for proceedings held before Magistrate Judge Nancy K Johnson: IDENTITY HEARING as to Kaleb Cole held on 2/28/2020. The court finds Identity. Deft will return to originating district. Appearances:AUSA Steve Schammel, Federal Public Defender − Houston.(ERO:Yes) (Interpreter:No) Deft remanded to Custody, filed.(sjones, 4) (Entered: 03/02/2020) |
| 03/02/2020 | 7 | 39 | COMMITMENT TO ANOTHER DISTRICT as to Kaleb Cole. Defendant committed to the Washington WD. ( Signed by Magistrate Judge Nancy K Johnson) Parties notified. (sjones, 4) (Entered: 03/02/2020) |
| 03/02/2020 | | 40 | RULE 5 Papers sent via email to Washington WD Division as to Kaleb Cole, filed.(sjones, 4) (Entered: 03/02/2020) |