```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED

         MAR 04 2020
           AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KALEB J. COLE, <br><br> Defendant. | NO. CR20-032 JCC <br><br> ORDER CONTINUING <br> TEMPORARY DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary conditions of release be continued as previously set.

DATED this 4th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
TEMPORARY DETENTION

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970