1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                          Plaintiff,

10         v.

11  KALEB J. COLE,

12                          Defendant.

Case No. CR20-032

**DETENTION ORDER**

13        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14  and based upon the factual findings and statement of reasons for detention hereafter set forth,

15  finds that no condition or combination of conditions which the defendant can meet will

16  reasonably assure the appearance of the defendant as required and the safety of any other person

17  and the community.

18        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19        (1)      Defendant has been charged by indictment with count 1: conspiracy to mail

20  threatening communications and commit cyberstalking; counts 2-4: mailing threatening

21  communications.  The Court received no information about defendant's personal history,

22  residence, family or community ties, employment history, financial status, health, and substance

23

DETENTION ORDER - 1

1   use.  The defendant through his attorney made no argument as to release, lodged no objections to

2   the contents of the United States Probation and Pretrial report, and stipulated to detention.

3          It is therefore **ORDERED**:

4          (1)     Defendant shall be detained pending trial and committed to the custody of the

5   Attorney General for confinement in a correctional facility separate, to the extent practicable,

6   from persons awaiting or serving sentences, or being held in custody pending appeal;

7          (2)     The defendant is granted leave to file a motion to reopen the detention hearing.

8          (3)     Defendant shall be afforded reasonable opportunity for private consultation with

9   counsel;

10         (4)     On order of a court of the United States or on request of an attorney for the

11  Government, the person in charge of the correctional facility in which Defendant is confined

12  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

13  connection with a court proceeding; and

14         (5)     The Clerk shall direct copies of this order to counsel for the United States, to

15  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

16  Officer.

17         DATED this _13th_ day of _March_, 2020.

18

19                                                   PAULA L. MCCANDLIS
                                                     United States Magistrate Judge

20

21

22

23

DETENTION ORDER - 2