AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) |
|---|---|
| v. | ) |
| Kaleb Cole | ) Case No. MJ20-088 (2) |
| | ) |
| Defendant | ) |

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

MAR 09 2020   CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kaleb Cole

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of Title 18, United States Code, Section 371.

Date: 2/25/20

_____
Issuing officer's signature

City and state:   Seattle, Washington

Mary Alice Theiler  United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/25/20, and the person was arrested on *(date)* 2/26/20
at *(city and state)* Houston, TX

Date: 2/26/20

for _____
Arresting officer's signature

SA  FBI
*Printed name and title*

USAO# 2018R00225