The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON SHEA and<br>KALEB COLE,<br>Defendants. | NO. CR20-032JCC<br><br>MOTION FOR PROTECTIVE ORDER<br>REGARDING DISCOVERY MATERIALS |

The United States moves pursuant to Rule 16(d)(1) for a protective order restricting the dissemination of discovery in this matter that references any confidential sources, undercover agents, or the identities of any law enforcement agents.

On March 4, 2020, a grand jury returned an indictment charging Cameron Shea, Kaleb Cole, and two others with conspiracy and mailing threatening communications. The indictment alleges a plot to intimidate journalists and others.  As of the date of this filing, only Shea and Cole have made their appearances in this District.  In light of the nature of the allegations, the government believes that a protective order is appropriate to cover the material referenced above.

Accordingly, the government proposes the attached protective order which, to the extent the materials reference any confidential sources, undercover agents, or the

Motion for Protective Order regarding Discovery Materials
*United States v. Shea, et al.*, CR20-032JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   identities of any law enforcement agents (1) grants Shea, Cole, and their attorneys access

2   to all of the discovery materials; (2) restricts the dissemination of the materials outside

3   the defense team; and (3) requires that the materials remain in the possession of Shea and

4   Cole's attorneys and their staff, as well as any experts who are retained in this matter.

5           The government conferred with counsel for Shea and Cole, and they do not oppose

6   the relief sought in this motion.

7           DATED:  March 23, 2020

8                                                   Respectfully submitted,

9                                                   BRIAN T. MORAN
                                                    United States Attorney
10

11

12                                                  /s/ Thomas M. Woods
                                                    THOMAS M. WOODS
13                                                  Assistant United States Attorney
                                                    United States Attorney's Office
14                                                  700 Stewart Street, Suite 5220
15                                                  Seattle, Washington 98101-1271
                                                    Telephone: (206) 553-7970
16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Protective Order regarding Discovery Materials
*United States v. Shea, et al.*, CR20-032JCC - 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on March 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

*/s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-0755
E-mail: Salee.Porter@usdoj.gov

Motion for Protective Order regarding Discovery Materials
*United States v. Shea, et al.*, CR20-032JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970