The Honorable Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-0032-JCC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF UNAVAILABILITY |
| KALEB COLE, | |
| Defendant. | |

PLEASE TAKE NOTICE that Michele Shaw, counsel for defendant Kaleb Cole, will be unavailable August 6-17, 2020.

\

\

\

\

\

\

\

**NOTICE OF UNAVAILABILITY - 1**

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

1    Counsel respectfully requests that this Court make note of the above-mentioned dates of

2    unavailability for purposes of scheduling as set by this Court.

3    DATED this 22nd day of April, 2020.

4                                                                      Respectfully Submitted,

5                                                                       *s/ Michele Shaw*
                                                                        MICHELE SHAW, WSBA #19561
6                                                                       Law Office of Michele Shaw
                                                                        2125 Western Ave., #330
7                                                                       Seattle, WA 98121
                                                                        Telephone: (206) 448-9612
8                                                                       Fax: (206) 319-5473
                                                                        Email: michele@micheleshawlaw.com
9

10                                    CERTIFICATE OF SERVICE

11   I HEREBY CERTIFY that on this day, I electronically filed the foregoing pleading

12   with the Clerk of the Court using the CM/ECF system which will send electronic notification

13   of the filing to the attorneys of record for each of the parties.

14   DATED this 22nd day of April, 2020.

15

16                                                                      *s/ Sienna Wakatsuki*
                                                                        Sienna Wakatsuki, Legal Assistant
                                                                        Law Offices of Michele Shaw, #19561
17                                                                      2125 Western Ave., #330
                                                                        Seattle, WA 98121
18                                                                      Phone: (206) 448-9612
                                                                        Facsimile: (206) 319-5473
19                                                                      sienna@micheleshawlaw.com

20

21

22

23

NOTICE OF UNAVAILABILITY - 2

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com