The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>KALEB COLE,<br><br>      Defendant. | No. CR20-032 JCC<br><br>MOTION TO SUBSTITUTE COUNSEL<br><br><u>Note for Consideration</u>:<br>May 8, 2020 |

Defendant, Kaleb Cole, by undersigned counsel, moves the Court for an order permitting Michele Shaw to withdraw as counsel of record for Mr. Cole and permitting Christopher Black to substitute as defendant's counsel. Current counsel has no objection to the substitution. A copy of this motion has been provided to Mr. Cole.

Respectfully submitted this 28th day of April, 2020.

BLACK & ASKEROV, PLLC

<u>s/ Christopher Black</u>
Christopher Black
Attorney for Kaleb Cole
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
Phone:      206.623.1604
Fax:        206.658.2401
Email:      chris@blacklawseattle.com