THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0032-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KALEB COLE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Kaleb Cole's motion to substitute counsel (Dkt. No. 60). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that Michele Shaw and the law firm Law Offices of Michelle Shaw is hereby withdrawn as counsel of record in this matter and Christopher R. Black of the law firm Black Law, PLLC is substituted as counsel of record for Defendant Cole. All future pleadings should be served on Mr. Black.

DATED this 12th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR20-0032-JCC
PAGE - 1