# Exhibit 1

FILED

2019 OCT 08
KING COUNTY
SUPERIOR COURT CLERK

CASE #: 19-2-25260-0 SEA

| **Superior Court of Washington<br>For King County** | No. 19-2-25260-0- SEA |
|---|---|
| | **Extreme Risk Protection Order (XRPO)**<br>[ ] Renewal (ORRXRPO)<br>Next Hearing Date/Time: _____<br>Court address: |
| Seattle Police Department<br>Petitioner<br>        vs.<br>Kaleb J. Cole        10-13-1995<br>Respondent        DOB | At: _____<br>_____<br>Clerk's Action Required page 4 |

**Warning to Respondent!** You are prohibited from having a firearm in your custody or control, or from purchasing, possessing, accessing, or receiving any firearm. You must surrender any and all firearms including but not limited to firearms as described below.  If you violate this order, you may be charged with a crime and you may not be able to have a firearm for at least five more years after this order expires.  RCW 7.94.120.

*You have the sole responsibility to avoid or refrain from violating this order. Only the court may change this order and only after written application.*

**Respondent's Distinguishing Features:**

_____
_____
_____
_____

**Respondent Identifiers**

| Sex | Race | Hair |
|---|---|---|
| Male | White | Brown |
| Height | Weight | Eyes |
| 6'4 | 175 | Green |

**This one-year order expires on date:** October 8, 2020 _____ **time:** _____ a.m./p.m.

**Respondent:** You must surrender all firearms and any concealed pistol licenses listed below. If you have other firearms, you must surrender all of them also:

| | |
|---|---|
| | |
| | |
| | |

Extreme Risk Protection Order (XRPO, ORRXRPO) - Page 1 of 5
XR-141 (07/2019) – RCW 7.94.040, .120

Attach additional sheet if there are more firearms to list.

**Respondent:** This order will last until the date and time noted above.  If you have not done so already, you must surrender to the __**Seattle Police Department**__ _____ (local law enforcement agency) all firearms in your custody, control, or possession and any concealed pistol licenses issued to you under RCW 9.41.070 immediately.  You may not have in your custody or control, purchase, possess, receive, or attempt to purchase or receive, a firearm while this order is in effect.  You have the right to request one hearing to terminate this order every 12-month period that this order is in effect, starting from the date of this order and continuing through any renewals.  You may seek the advice of an attorney as to any matter connected with this order.

**Respondent:**

**You must immediately surrender all firearms as follows:**

**1. Personally served:**

    a. If this order is served by a law enforcement officer, immediately surrender all firearm(s) and any concealed pistol licenses to the serving officer.

    b. If this order is served upon you by someone who is not a law enforcement officer, surrender the firearm(s) to the law enforcement agency listed in this order.  Contact the law enforcement agency for directions on how to surrender immediately the firearm(s) and concealed pistol license.

**2. Attended the hearing:**  If you attended the hearing where the court issued this order, surrender the firearm(s) and concealed pistol licenses to the law enforcement agency listed in this order within 48 hours.  Contact the law enforcement agency for directions on how to surrender the firearms.

**3. Service by publication/mail:**  If you were served a copy of this order by publication or by mail, surrender the firearm(s) and concealed pistol license(s) to the law enforcement agency listed in this order within 48-hours of the date of service.  Contact the law enforcement agency for directions on how to surrender the firearm(s) and concealed pistol license(s).

---

**This Extreme Risk Protection Order is based upon the following findings:**

**1. Notice:**  Respondent received notice of this hearing by [X] personal service [ ] publication [ ] mail.

**2. Reasonable Cause:**  There is reasonable cause to believe that the respondent poses a significant danger of causing personal injury to himself/herself or to others in **the future** by having in respondent's custody or control, purchasing, possessing, accessing, or receiving firearms; based upon *(check all that apply on the following page):*

    a. [X] Respondent has access to someone else's firearm(s).

    b. [ ] Respondent expressed intent to obtain a firearm(s).

    c. [ ] Respondent has unlawfully or recklessly used, displayed, or brandished a firearm.

    d. [X] Respondent recently acquired a firearm(s).

    e. [ ] Respondent violated a civil or criminal protection order, no-contact order or restraining order issued under chapter 7.90, 7.92, 10.14, 9A.46, 10.99, 26.50, or 26.52 RCW.

    f. [ ] Respondent was/is the subject of a previous or current extreme risk protection order.

---

g. [ ] Respondent violated a previous or current extreme risk protection order.

h. [ ] Respondent has been arrested for or convicted of a domestic violence crime.

i. [ ] Respondent has been arrested for or convicted of a felony offense or violent crime.

j. [ ] Respondent has been convicted of a hate crime offense or malicious harassment under RCW 9A.36.080.

k. [X] Respondent has recently committed or threatened violence against ~~self or~~ others, whether or not respondent had a firearm.

l. [X] Respondent has shown, within the past 12 months, a pattern of acts or threats of violence, which can include violent acts against ~~self or~~ others.

m. [ ] Respondent has a history of use, attempted use, or threatened use of physical force against another person.

n. [ ] Respondent has a history of stalking another person.

o. [X] Respondent's behaviors present an imminent threat of harm to self or others.

p. [ ] There is corroborative evidence of respondent's abuse of [ ] alcohol or [ ] controlled substances.

q. [X] Other: _Court reviewed the 2 open source videos_
_& the court incorporates its oral ruling._ .

3. **Evaluation:** The court has considered whether it is appropriate to order a behavioral health evaluation of the respondent. The court finds that conducting a behavioral health evaluation is [ ] appropriate [ ] not appropriate.

[ ] **Respondent:** You must have a behavioral health evaluation completed by a qualified evaluator within _____ days of this order. Proof of obtaining the evaluation must be filed with this court within _____ days of completion.

　　　[ ] While appropriate, the court is not ordering an evaluation for the following reasons:

_____

| **Federal and Washington State Computer-Based System Data Entry** |
|---|

The clerk of court shall forward a copy of this order on the same day the court issues the order to the ____**KING**_____ County Sheriff's Office or _____ City/Town Police Department **where respondent lives** which shall enter this order into the available federal and state computer-based criminal intelligence information systems per RCW 7.94.110.

**Service**

[ ] The respondent appeared in person.  Additional service is not required.

[X] The respondent did not appear in person.

    [ ] The clerk of court shall forward a copy of this order on or before the next judicial day to the _____ County Sheriff's Office or **Arlington Police Department** _____ City/Town Police Department **where respondent lives** who will serve a copy of this order on respondent and file a return of service with the court.

    [ ] The petitioner requested and shall arrange for private service of this order.  Service may be done by a professional process server, or a person 18 or over who is not a party to this action, and who is responsible for filing the return of service with the court.

    [ ] The court previously ordered service by publication or mail, or the court finds that there are now reasons to allow such service.  Therefore, the court orders service of this order on respondent by [ ] publication [ ] mail.

**DOL Notification**

The issuing court shall within 3 judicial days after this order issued, forward a copy of the respondent's driver's license or identicard, or comparable information along with the date of issuance to DOL.

**Respondent:  You must attend the hearing listed on page one of this order** and show the court that you surrendered your firearm(s) and concealed pistol license.

Dated: _1/4/19_____ at _10:57_ (a.m.)/p.m.   _Averil Rothrock_____
                                              **Judge/Commissioner**

I acknowledge receipt of a copy of this order.

_____
Signature of Respondent

_____
Print Name

_____
Signature of Respondent's Attorney WSBA No.

_____
Print Name

_Dan Kim_____     _DOROTHY KIM #6057_____
Signature of Petitioner/Attorney     WSBA No.     Print Name and Badge No., if applicable

> **The petitioner or petitioner's lawyer must complete the *Law Enforcement Information – Extreme Risk Protection Order* (LEIS) form, XR 105.**

**NOTICES:**

**To Petitioner**:  You may file a motion to ask the court to renew this one-year order.  You may begin that process no sooner than 105 days prior to the date this order expires (see page 1).

**To Respondent**:  You may file a motion requesting the court to terminate this one-year order.  You may make this request only once during the one year period of this order.

**To both parties**:  The court will consider any motion to terminate or renew this order only upon the filing of a written motion, the scheduling of a hearing and notice to the other party.

**Respondent:  Read more information about surrender of weapons.**

**Receipt**:  The law enforcement officer who receives your firearms will prepare a receipt with a list of the firearms.  The law enforcement officer shall file the receipt with the court within 72 hours. The officer will give you a copy of the receipt to keep for your records.

**If someone else owns the firearms**: If the law enforcement agency determines someone else is the lawful owner of the firearm(s), the agency will return the firearm to the lawful owner, if:
- the firearm is removed from the respondent's custody, control, and possession;
- the lawful owner agrees to store the firearm in a way that respondent does not have access and control of the firearm; and
- the owner does not otherwise unlawfully possess the firearm.

I BARBARA MINER Clerk of the Superior Court of the State of Washington
for King County do hereby certify that this copy is a true and perfect transcript
of said original as it appears on file and of record in my office and of the whole
thereof. IN TESTIMONY WHEREOF I have affixed this seal of said superior
Court at my office at Seattle on this date _____



BARBARA MINER Superior Court Clerk

**R. BELL**

By _____
Deputy Clerk

Exhibit 2

## Superior Court of Washington
## For King County

No. _19-2-25260-0 SE_

Seattle Police Department
Petitioner

vs.

Kaleb James Cole                    10-13-1995
Respondent                          DOB

**Petition for an Extreme Risk
Protection Order
(PT)**

| General Information |
|---|
| **1.A** [ ] I am a family or household member of the respondent. My relationship with the respondent is (check all that apply):<br>     [ ] Spouse or former spouse         [ ] Blood relation other than parent or child<br>     [ ] Parent of a child in common        [ ] Current or former legal guardian<br>     [ ] Current or former domestic partner    [ ] Stepparent or stepchild<br>     [ ] Current or former cohabitant within the   [ ] Parent or child<br>        past year                            [ ] In-law<br>     [ ] Current or former dating relationship |
| **1.B** [X] I am filing on behalf of the Seattle Police Department, law enforcement agency.<br>       [ ] I have already notified the respondent's family or household members and any known 3rd parties who may be at risk of violence; OR<br>       [ ] My agency will make a good faith effort to provide notice to them by [ ] telephone [ ] email [ ] in-person [ ] other _____ within a reasonable period of time. |
| **2.** [ ] I reside in this county.<br>     [X] I am filing on behalf of a law enforcement agency that is located in this county.<br>     [ ] The respondent resides in this county. |
| **3.** Describe below any firearms the respondent currently owns, possesses, has custody of, has access to, or controls. |

| Type of firearm | How many firearms? | Where is the firearm kept? | Date/time/place you last saw the firearm |
|---|---|---|---|
| [X] Handgun | Multiple | With the respondent or within his control and possession in the State of Washington | Self-admitted to ownership (see Custom and Border Protection report) |

| [ ] Shotgun / Rifle | | Unknown | Unknown |
|---|---|---|---|
| [X] Semi-Automatic Assault Rifle | 1 | With the respondent or within his control and possession in the State of Washington | Cole self-admitted to owning an AK 47 (see Custom and Border Protection Report). |

**Check all the boxes that apply and describe below:**

 [x] Respondent has access to someone else's firearm.

 [ ] Respondent expressed an intent to obtain a firearm.

 [x] Respondent has unlawfully or recklessly used, displayed, or brandished a firearm.

 [x] Respondent recently acquired a firearm.

Describe:

Kaleb Cole is a self-admitted member of the Atomwaffen Division and believed to be the cell leader of the Washington State chapter. The Atomwaffen Division, as noted by open source articles, is a neo-Nazi group known for its recruiting of young white men attracted to a violent ideology that idolizes Adolf Hitler and Charles Manson (see attached open source articles). This group believes that a race war is coming and similar to Charles Manson's theory of "Helter Skelter" the Atomwaffen Division, according to the Anti-defamation League, articulates a white supremacist ideology rooted in "accelerationist beliefs." [1] Accelerationist beliefs are fueled by the perception that the future of the white race is bleak, and they must employ any means necessary to expedite the collapse of current system. Accelerationists believe that setting off a series of reactions, even if they result in changes that directly threaten the white race, can actually be a useful tool for motivating more reticent white supremacists. Following an extremist terrorist attack such as the Tree of Life or the Christchurch mass shootings, accelerationists identify a domino effect that is set into motion—a chain of societal reactions that further exacerbate the feeling of alienation among white supremacists and a greater impulse to engage in violence or destructive behavior.[2] (See Exhibit 1).

*Kaleb Cole poses a serious threat to public safety by having access and possession to firearms and a concealed pistol license. Cole has a valid concealed pistol license issued by Whatcom County Sherriff's Office, #WH0010434.*

**Respondent admits to owning firearms**:

Cole self-admitted to law enforcement officials that he owns firearms. In a recent report from U.S. Customs and Border Protection, Cole admitted that he owns an AK-47 rifle and several handguns (please see the attached report). Additionally, photographs of firearms were recovered from a cell phone belonging to Cole, including the attached photos (See Exhibit 2).

A record check of the Washington State Department of Licensing Firearms Database shows no

---

[1] White Supremacist Embrace "Accelerationism"—Anti-Defamation League April 16, 2019.

[2] Id.

known firearm purchases for Cole. However, it is unknown if Cole recently purchased additional firearms as we were made aware that Washington's Department of Licensing Records (DOL) has an approximate half million firearm record backlog. Any recent firearm purchases (including in the past several years) are unlikely to be updated in the DOL database.

**Additional evidence of firearm possession:**

Additionally, it is believed that Cole has participated in recent firearms training and recruitment efforts at organized, "Hate Camps." These "Hate Camps," have taken place in Washington State. **Cole is believed to be an organizer in the "Hate Camps" and his participation is concerning to law enforcement as it appears that he has gone from espousing hate to now taking active steps or preparation for an impending "race war."** These "Hate Camps" also show various Atomwaffen Division members in skull masks making threats of mass violence (threats to kill or gas the Kikes). Please see section 6 of this petition for additional information and Exhibit 4 (video clips).

**4. Between the respondent and me:**  List any criminal or civil protection, restraining or no-contact orders, pending lawsuits, or other legal action: *If you have more than three matters, list details on additional sheet.*

|  | **Case #1** | **Case #2** | **Case #3** |
|---|---|---|---|
| Case Name |  |  |  |
| Case Number |  |  |  |
| Court/County/ State |  |  |  |
| Type of Case |  |  |  |
| Protected Person |  |  |  |
| Was there any order violation? |  |  |  |

**5. Between the respondent and any other person:**  List any criminal or civil protection, restraining or no-contact orders: *If you have more than three matters, list details on additional sheet.*

|  | **Case #1** | **Case #2** | **Case #3** |
|---|---|---|---|
| Protected Person |  |  |  |
| Case Number |  |  |  |

*Petition for an Extreme Risk Protection Order (PT)* - Page 3 of 9
*XR 101 (07/2019) – RCW 7.94.030.*

| Court/County/ State | | | |
|---|---|---|---|
| Was there any order violation? | | | |

## 6. Request for an Extreme Risk Protection Order

**[ X ] I want a temporary extreme risk protection order effective immediately, without prior notice to respondent, that lasts up to 14 days, or until the court hearing:**

These are the specific facts known to me that cause me to believe the respondent poses a **significant danger in the near future** of causing personal injury to self or others by having custody or control, purchasing, possessing, accessing, or receiving firearms.  More detailed information is provided in the Statement in section 7.

Kaleb Cole is a self-admitted member of the Atomwaffen Division and is believed to be the cell leader of the Washington State chapter. Additionally, according to open source articles, The Atomwaffen Division is a neo-Nazi terrorist organization operating in the United States. Atomwaffen is German for "Atomic Weapon."  The Atomwaffen Division is known to encourage flag burning, attacks on the federal government and to encourage attacks towards minorities, gays and Jews. The Atomwaffen Division is considered a hate group by the Southern Poverty Law Center. Additionally, members of the Atomwaffen Division have also been recently linked to several homicides.

**Self-admitted Atomwaffen membership:**

In the attached U.S. Customs and Border Protection Report, Cole admits being a member of the Atomwaffen Division and that he shares, "a fascist ideology, the strong dominate the weak." (See Exhibit 3).  Although Cole denies that the Atomwaffen Division is interested in overthrowing the U.S. Government, he has been denied entry into Canada as a result of his membership with an organization that may engage in terrorism. According to Canadian authorities, Cole was deported, and he is barred from Canada for life.

Additionally, law enforcement officials are aware of Cole's involvement or association with various Atomwaffen facilitated, "Hate Camps."  These "Hate Camps," included several "camps" that were held in Washington State (see synopsis of the video clips below). Law enforcement believe that the "camps" are a training ground for the Atomwaffen Division cell members. Specifically, allowing members to receive combat/firearms training. These "camps" also served as a basis for several Atomwaffen recruitment videos. According to open source articles, Cole works on the group's visual propaganda.   Please see the attached open source video clips, (Exhibit 4):

**November 2018 video**: This video shows various Atomwaffen Division cell members in military type fatigues with skull masks covering their faces. The cell members are engaged in firearms training and hand to hand combat. The cell members also participated in the desecration or burning of various flags. The Atomwaffen flag is on display in the background of the video. The various flags that were burned at the "hate camp," include: the Israel Jewish flag, Kekistan (made up flag created on 4Chan),  United Nations flag, Gadsden flag, LGBTQ Rainbow Pride flag, Black Lives Matter and the Thin Blue Line Police flag. This video also had

the hashtags #ATOMWAFFENDIVISION, #SIEGE and #JAMESMASON. The reference to the Siege and James Mason is also significant in understanding the violent ideology associated with this group. The Siege is a series of violent hate filled essays that advocates random attacks and murders in order to destabilize society.  Per open source articles (ProPublica dated February 23, 2018), The Siege, is required reading for Atomwaffen cell members and the book provides an outline for the cell members ideology and training.(Exhibit 1).

**2018 video**:  This video opens with a group of individuals dressed in military type fatigues with Atomwaffen patches adorned, skull masks covering their faces, while armed with firearms, chanting, **"Gas the Kikes, race war now."** The words "**Gas the Kikes**" appears on screen. The threats to kill, referencing possible mass violence, are being chanted while the group is firing military style firearms (actual discharging of high capacity firearms). The video continues with cell members conducting a clearing or sweep of a structure (as if they were clearly a building in a military operation). The video also shows various Atomwaffen members with a variety of firearms (handguns, long guns and other military style assault weapons). The video ends with the slogan, "Join your local Nazis- Attomwaffendivision.org." *

_____

*Photos recovered from Cole's cell phone also show the same skull masks that are used in the two open source videos as well as an Atomwaffen flag.

_____
_____
_____.

**After a hearing, where the respondent has a right to be present, I want the court to issue an Extreme Risk Protection Order that lasts for one year:**

After the hearing, I want the court to issue an Extreme Risk Protection Order that lasts for one year because the respondent poses a significant danger of causing personal injury to self or others by having custody or control, purchasing, possessing, or receiving a firearm.

My statement below includes the respondent's specific words, actions, or other facts that cause me to have a reasonable fear of **future** dangerous acts by respondent.

### 7. Statement

To enter an Extreme Risk Protection Order, the court must find it more likely than not that the respondent poses a significant danger of causing personal injury to self or others by having custody or control, purchasing, possessing, accessing, or receiving a firearm.

*Complete all sections that apply*.  Attach additional pages, as needed.

**8. Convictions or Arrests.** Check all the boxes that apply and describe below:

Respondent has been arrested or convicted of a:

[ ] domestic violence crime.

[ ] felony or violent crime.

[ ] hate crime offense or malicious harassment (threats, physical injury or property damage based on the victim's race, color, religion, ancestry, national origin, gender, sexual orientation, gender expression or identity, or mental, physical, or sensory disability).

Describe on the next page. Include location, court name, and case number, if known.

The respondent has no known criminal arrests. However, law enforcement officials are increasingly concerned about the respondent's access to firearms and his involvement in the Atomwaffen Division, a known terrorism group. Specifically, the video clips (referenced above) show members of the Atomwaffen Division, handling and firing firearms while shouting threats to kill- including a specific reference to "Race War Now." This language suggests that the group is preparing in anticipation for an upcoming "Race War." Law enforcement sources believe that the Atomwaffen Division follows an acceleration theory (see also section 3).

 It is also concerning to law enforcement that Cole was traveling to the Ukraine and other areas of Eastern Europe and that Cole was posing in photos with the Atomwaffen Division flag while travel overseas (Exhibit 2). Additionally, Cole has been identified by Canadian authorities as a possible member of an organization that may engage in terrorism and Cole has been permanently banned from entry into Canada as a result of his membership/affiliation with the Atomwaffen Division.

_____

_____

**9. Violence and Threats**: Check each box that applies and explain below.

[X] Respondent has recently committed or threatened violence against self or others, whether or not respondent had a firearm.

[X] Respondent has shown, within the past 12 months, a pattern of acts or threats of violence, which can include violent acts against self or others.

[ ] Respondent has a history of use, attempted use, or threatened use of physical force against another person.

[ ] Respondent has a history of stalking another person.

Explain:

| Date/When | Describe what happened. |
|---|---|
| **June and July 2019** | Cole flew from Quebec to British Columbia to see his girlfriend in late May/ early June 2019.  Cole was flagged by Canadian authorities because of concerns with open source information about Cole and his overseas travel to the Ukraine.  Cole was detained during deportation proceedings.  Cole was found inadmissible because he is a "**Member of an organization that may engage in** |

| | |
|---|---|
| | **terrorism",** Section 34 [1][F] from the Canadian Immigration Code.  He was removed from **Canada by deportation** in early July 2019 and **barred from Canada for life**. |
| | |
| | |
| | |
| | |
| | |
| **Organized Firearms Training/ Hate Camps** | Please see above descriptions of the organized camps and the corresponding video clips. |
| | |
| | |
| | |
| | |
| **Prior police contacts** | |
| | SPD 18-415483, November 5, 2018:  An Atomwaffen Division decal was posted on traffic signs in the 1400 block of E Union St., Seattle. These decals were placed on traffic signs across the street from the location of Temple De Hirsch Sinai. The decals depicted the Atomwaffen Division name and symbol, swastikas and other Hitler propaganda. Unknown suspect. |
| | SPD 18-414498, November 5, 2018: An Atomwaffen Division decal was placed on a building at the Seattle Academy of Art and Science, located on 1201, E Union St. The decal depicted the Atomwaffen Division name and symbol as well as the phrase, "Prepare your fallout shelters for the Nuclear Helter Skelter." Unknown suspect. |
| | 2015: A female called police to report that she had recently been in the apartment of Kaleb Cole and that he had Neo-Nazi flags and memorabilia throughout (Bellingham PD- Information Report 15B-50887). |
| | 2012: In Anacortes, WA, Cole was contacted by law enforcement authorities after he was found outside of a store (Steinman's Grocery). Cole was outside the store waiving a Nazi flag which offended another group (Anacortes PD-12-A06302). |

## 10. Respondent's behavior

Describe any behaviors by the respondent that present an imminent threat of harm to self or others.

If you look at the pattern of contact with Cole (minimal police contacts in 2012 and 2015) and compare Cole's more recent involvement with the Atomwaffen division, his words, actions and behaviors, suggest he has taken additional steps towards a plan with his ideologically motivated violence. Specifically, the coordinated camps with firearms training, overseas travel with Atomwaffen paraphernalia-flags/skull masks, threats to kill (gas the Kikes) and the possession of firearms, suggest an imminent risk to public safety if Cole is permitted to continue to purchase or possess firearms.

Please also see the above sections and all attached exhibits.

**11. Corroborated evidence of respondent's alcohol or controlled substance abuse.**
Describe any evidence and attach any documents corroborating (supporting) the respondent's abuse of alcohol, legal or illegal drugs.

Unknown

**12. Other important information** that you think will help the court make a decision.

As the sergeant, assigned to the Regional Domestic Violence Enforcement Unit, I am aware of the lethality factors for conducting a risk assessment. Specifically, the lethality factors involved in serving and enforcing various protective orders, including Extreme Risk Protection Orders. I know that individuals that exhibit certain warning signs, such as the factors noted in this petition, including threats to kill others, fixated violent ideology targeted towards minorities, and the ownership or possession of high capacity firearms, creates a combination of factors that suggest that Cole is a significant danger to others by having firearms in his custody or control.

13. **You must provide an address where you can be served with legal documents.** Chose
ONE option, then write the address in the line below:

[ ] I can be served with legal documents at the address below: OR
[ ] Disclosing my residential address would risk harm to me or a member of my family or
household. I can be served with legal documents at the alternate address below: OR
[X] I am filing on behalf of a law enforcement agency.  Service can be made at the law
enforcement agency address listed below:

Address: ___Seattle Police Department, 610 5th Avenue, Seattle, WA 98104___

_____

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is
true and correct.

Dated: __9/26/2019__ at ___Seattle___ , Washington.

_____
Signature of Petitioner

___DOROTHY Kim   #6057___
Print Name and if Law enforcement  Badge No.


***Assisting on Extreme Risk Protection Order cases, the King County Prosecuting
Attorney's Office will appear under the general order, 18-2-12050-1, sub 14***

# Exhibit 1: Open Source Media Articles

The Seattle Times     Local News     ☰ Menu   Log In   Subscribe   🔍 Search

LOCAL   BIZ/TECH   SPORTS   ENTERTAINMENT   LIFE   TRAVEL   HOMES   OPINION   |   JOBS   AUTOS   EXPLORE   ∨ All Sections

Traffic Lab | Project Homeless | Crime | Local Politics | Education | Eastside | Health | Data | Times Watchdog | News Obituaries

Crime | Local News | Local Politics | Northwest

## Report: Washington state home to one of the largest cells of notorious white supremacist group

Originally published February 23, 2018 at 2:41 pm | Updated February 24, 2018 at 11:36 am



By Jim Brunner ✔
*Seattle Times political reporter*

### Share story



f   Share

✉   Email

🐦   Tweet

A white supremacist group linked to multiple homicides has one of its largest chapters in Washington state, according to a report by the investigative-reporting nonprofit ProPublica.

The neo-Nazi group, known as Atomwaffen Division, is known for its recruiting of young white men, attracted to a violent ideology that idolizes Adolf Hitler and Charles Manson. The Southern Poverty Law Center (SPLC), which tracks hate groups, says Atomwaffen is organized "as a series of terror cells that work toward civilizational collapse."

Citing encrypted chat logs containing 250,000 messages, ProPublica on Friday reported the group's members cheering the murder of a gay and Jewish University of Pennsylvania student, allegedly by a man who was an Atomwaffen member. That's one of five killings linked to the group's members or close associates, according to the SPLC.

According to ProPublica, Atomwaffen has perhaps 80 members in 20 cells spread around the country – with the largest chapters chapters based in Virginia, Texas and Washington. The group's website features propaganda posters promoting "white revolution" and urging white men to "join your local Nazis!"

The group has conducted armed training sessions, including one identified by ProPublica in Skagit County: "In the Pacific Northwest, cell members had converged on an abandoned cement factory, known as 'Devil's Tower' near the small town of Concrete, Washington, where they had screamed 'gas the kikes, race war now!' while firing off round after round from any array of weapons, including an AR-15 assault rifle with a high capacity drum magazine."

Using the chat logs, ProPublica identified Kaleb J. Cole, a 22-year-old man living near Blaine, Whatcom County, as the leader of Atomwaffen's Washington state chapter. The report describes Cole as "a National Socialist Black Metal enthusiast who holds a concealed firearms permit and owns an AK-47."

In 2015, when Cole lived in Bellingham, police received an anonymous tip that his apartment was decorated with "neo Nazi flags and memorabilia throughout his apartment," according to a copy of the police report. He also was reported to police in Anacortes for allegedly harassing a Jewish grocery-store owner by waving a Nazi flag, according to ProPublica.

The Pacific Northwest has a long history of neo-Nazi and other racist and extremist groups operating here, including the Aryan Nations and Ku Klux Klan. The Seattle Times reported last summer on a resurgence of such groups, noting the SPLC has identified 21 hate groups in Washington state, mostly devoted to white supremacist or white nationalist causes.

According to SPLC, they include racist skinhead clubs, anti Muslim groups and Wolves of Vinland, whose members worship the Norse god Odin and believe in the idea of Aryan superiority.

While Wolves of Vinland has been associated with white nationalism in media reports, Jack Donovan, the president of the Cascadia chapter of the group, rejected that label in an email Saturday, saying "I am NOT a White Nationalist and that the Wolves of Vinland is NOT a White Nationalist political organization." He added: "We have no political aims and it is really misleading to shoehorn us into an article about wackos planning some kind of armed revolution."

*Jim Brunner:* 206-515-5628 or jbrunner@seattletimes.com; on Twitter: @jim_Brunner. Seattle Times political reporter Jim Brunner covers state, local and regional politics.

### Most Read Stories

① How 'Hitler's car' ended up parked in Medina

② Inslee confronts Trump on arming teachers, suggests 'a little less tweeting ... and a little more listening'

③ Felix Hernandez exits Mariners' game vs. the Cubs after being struck by a line drive ▶ WATCH

④ Three more dog foods, treats recalled over possible contamination

⑤ 2 missing snowshoers found dead after avalanche near Snoqualmie Summit

Unlimited Digital Access: $1 for 4 weeks



*In a photo obtained by ProPublica, armed Atomwaffen members pose in the desert in Nye County, Nevada, during a weapons training session in late January 2018. They called the three-day gathering the Death Valley Hate Camp.*

**DOCUMENTING HATE**

# Inside Atomwaffen As It Celebrates a Member for Allegedly Killing a Gay Jewish College Student

ProPublica obtained the chat logs of Atomwaffen, a notorious white supremacist group. When Samuel Woodward was charged with killing 19-year-old Blaze Bernstein last month in California, other Atomwaffen members cheered the death, concerned only that the group's cover might have been blown.

by A.C. Thompson, ProPublica, Ali Winston, special to ProPublica, and Jake Hanrahan, special to ProPublica, Feb. 23, 2018, 5 a.m. EST

*Update, Aug. 3, 2018: Orange County District Attorney Tony Rackauckas on Thursday announced that Samuel Woodward would now face a hate crime charge as part of his prosecution for the murder of Blaze Bernstein. ProPublica revealed earlier this year that Woodward was a member of a neo-Nazi group called Atomwaffen Division. According to the Orange County Register, Rackauckas said, "We will prove that Woodward killed Blaze because Blaze was gay." Rackauckas said investigators had uncovered material on Woodward's phone and computer that was "graphic and*

Case 2:20-cr-00032-JCC Document 63-1 Filed 05/15/20 Page 21 of 81

*chilling" and "spewing hate toward almost every protected group." With the hate charge, Woodward, if convicted, could face life in prison without the chance at parole.*

Late last month, ProPublica reported that the California man accused of killing a gay and Jewish University of Pennsylvania student was an avowed neo-Nazi and a member of Atomwaffen Division, one of the country's most notorious extremist groups.

The news about the murder suspect, Samuel Woodward, spread quickly throughout the U.S., and abroad. Woodward was accused of fatally stabbing 19-year-old Blaze Bernstein and burying his body in an Orange County park.

The report, it turns out, was also taken up in the secretive online chats conducted by members of Atomwaffen Division, a white supremacist group that celebrates both Hitler and Charles Manson.

"I love this," one member wrote of the killing, according to copies of the online chats obtained by ProPublica. Another called Woodward a "one man gay Jew wrecking crew."

More soon joined in.

"What I really want to know is who leaked that shit about Sam to the media," a third member wrote.

At least one member wanted to punish the person who had revealed Woodward's affiliation with Atomwaffen.

"Rats and traitors get the rope first."

Encrypted chat logs obtained by ProPublica — some 250,000 messages spanning more than six months — offer a rare window into Atomwaffen Division that goes well beyond what has surfaced elsewhere about a group whose members have been implicated in a string of violent crimes. Like many white supremacist organizations, Atomwaffen Division uses Discord, an online chat service designed for video gamers, to engage in its confidential online discussions.

In a matter of months, people associated with the group, including Woodward, have been charged in five murders; another group member pleaded guilty to possession of explosives after authorities uncovered a possible plot to blow up a nuclear facility near Miami.

Case 2:20-cr-00032-JCC   Document 63-1   Filed 05/15/20   Page 22 of 81



*Lucas Waldron/ProPublica*

The group's propaganda makes clear that Atomwaffen — the word means "nuclear weapons" in German — embraces Third Reich ideology and preaches hatred of minorities, gays and Jews. Atomwaffen produces YouTube videos showing members firing weapons and has filmed members burning the U.S. Constitution and setting fire to the American flag. But the organization, by and large, cloaks its operations in secrecy and bars members from speaking to the media.

The chat logs and other material obtained by ProPublica provide unusually extensive information about the group's leaders, wider makeup, and potential targets, indicating:

The group may have as many as 20 cells around the country, small groups of indeterminate size in Texas, Virginia, Washington, Nevada and elsewhere. Members armed with assault rifles and other guns have taken part in weapons training in various locations over the last two years, including last month in the Nevada desert near Death Valley.

Members have discussed using explosives to cripple public water systems and destroy parts of the electrical power grid. One member even claimed to have obtained classified maps of the power grid in California. Throughout the chats, Atomwaffen members laud Timothy McVeigh, the former soldier who bombed the Alfred P. Murrah federal building in Oklahoma City in 1995, killing 168, including numerous children. Charleston church shooter Dylann Roof and Anders Breivik, the Norwegian extremist who massacred 77 people, also come in for praise.

Woodward posted several messages in the days after Bernstein's murder, but before he was arrested and charged. In one thread, he told his fellow

Case 2:20-cr-00032-JCC   Document 63-1   Filed 05/15/20   Page 23 of 81

Atomwaffen members that he was thinking about the "passing of life" and was "truly grateful for our time together."



**An Atomwaffen propaganda flier**

Woodward, 20, has pleaded not guilty in the Bernstein case. Prosecutors have said they are exploring whether the murder constituted a hate crime and detectives are now investigating what role, if any, Atomwaffen might have played in the homicide. Woodward and Bernstein had known each other in high school in California, and appear to have reconnected somehow shortly before the killing.

Law enforcement, both federal and state, have said little about what they make of Atomwaffen. But organizations dedicated to tracking and studying hate groups have been calling attention to what they regard as the group's considerable threat.

"We haven't seen anything like Atomwaffen in quite a while," said Keegan Hankes, a researcher who tracks the group for the Southern Poverty Law Center. "They should be taken seriously because they're so extreme."

Jeffrey Kaplan, a historian, has studied racial extremists for decades and edited the Encyclopedia of White Power. In an interview, he suggested that Atomwaffen is dangerous, but that talk in their propaganda and private conversations of aims such as toppling the U.S. government amounted to what he called a kind of "magical thinking." Kaplan said such groups often contain a handful of diehards who are willing to commit crimes and many more wannabes who are unwilling to do much more than read fascist literature.

"It's very hard to go from talking about violence to looking a guy in the eyes and killing him," said Kaplan, a professor of national security studies at King Fahd Defense College in Saudi Arabia.

---

Case 2:20-cr-00032-JCC   Document 63-1   Filed 05/15/20   Page 24 of 81

### Where We've Identified Atomwaffen Division Members

Through interviews and internal records, ProPublica was able to identify Atomwaffen members in at least 23 states.



*Lucas Waldron and Rob Weychert/ProPublica*

## "Politics are useless. Revolution is necessary."

ProPublica has identified five key Atomwaffen members through information provided by law enforcement investigators, internal Atomwaffen records, outside experts and a former group member.

Those records and interviews make clear that John Cameron Denton is the leader of Atomwaffen. Denton, 24, grew up in Montgomery, Texas, a small town about 30 miles north of Houston. Public records show Denton currently lives in the nearby town of Conroe, a few miles to the south of Montgomery.

ProPublica has obtained several photos of Denton. In one, Denton, who is short and wiry, has a bulky combat shotgun slung over his shoulder. He seems to favor camouflage pants and black T-shirts emblazoned with the logos of National Socialist Black Metal bands, a fringe subgenre of heavy metal music that mixes Satanic and Nazi themes.

"Politics are useless. Revolution is necessary," Denton said in a chat post expressing the Atomwaffen worldview.

Records and interviews show Denton goes by the name Rape in the online conversations, and he appears to be involved in nearly every aspect of the organization. He shapes Atomwaffen's ideology, chooses designs for its

Case 2:20-cr-00032-JCC Document 63-1 Filed 05/15/20 Page 25 of 81

distinctive black-and-white posters and online propaganda, and selects the books that new recruits must study as part of their initiation, said a former Atomwaffen member interviewed by ProPublica. Denton's younger brother, Grayson Patrick Denton, 19, is also a member, according to the chat logs and interviews; within the group, he goes by Leon, an homage to a Belgian fascist who fought with the SS.

The leader's identity was first revealed last month in a report by the Anti-Defamation League. Afterward, Denton was seething. "They think they can stop RAPE!? THEY THINK THEY CAN STOP ME!?!," Denton wrote in one chat message.

Neither Denton brother responded to messages seeking comment.

Just how many people belong to Atomwaffen is unknown. The ex-member told ProPublica that the group has enlisted about 80 members across the country, many of whom joined after the deadly events in Charlottesville last summer.

**John Cameron Denton**
Alias: Rape



*John Cameron Denton is the leader of Atomwaffen Division. The 24-year-old grew up in Montgomery, Texas, and lives outside Houston.*

An internal Atomwaffen document obtained by ProPublica shows members scattered across 23 states and Canada. The group's largest chapters are based in Virginia, Texas and Washington, according to a message posted in the chats by an Atomwaffen recruiter last summer.

"Each chapter operates independently," wrote the recruiter. "We want men who are willing to be the boots on the ground. Joining us means serious dedication not only to the Atomwaffen Division and its members, but to the goal of Total Aryan Victory."

A review of the chat logs shows messages posted by people using more than 100 different user names. Access to the discussions is tightly controlled, and it is unclear if some members post under multiple usernames.

Denton has helped build the organization around the ideas expressed in an obscure, hyper-violent book: "Siege." The 563-page book collects and organizes the monthly newsletters produced during the 1980s by an old-line neo-Nazi activist named James Mason. It is required reading for all Atomwaffen members and serves as the backbone for the organization's ideology, worldview and training program.

When Mason began publishing his newsletter in 1980, he was bitter and deeply dismayed. He had devoted his life to the fascist cause, joining the American Nazi Party in the mid-1960s, at the age of 14. But the movement had completely failed.

For Mason, the way forward was obvious: He no longer wanted to convince the masses of the rightness of Nazism. They would never get it. Now was the time for true believers to go underground and launch a clandestine guerrilla war aimed at bringing down "The System."

"Siege" is essentially a long string of essays celebrating murder and chaos in the name of white supremacy. In Mason's view, Dan White, the local politician who assassinated San Francisco Mayor George Moscone and gay civil rights leader Harvey Milk, was a hero.

Mason proposed the creation of a White Liberation Front composed of small armed squads that would "hide in wilderness areas," moving frequently from location to location while striking out in a string of "hit-and-run engagements." Mason based this proposed organization on the short-lived National Socialist Liberation Front, a small splinter group of the American Nazi Party that formed in 1969 and espoused the strategic use of political terrorism.

The chat logs show that Denton and other Atomwaffen figures are in contact with Mason, who is 65 and is said to be living in Denver, Colorado; in one online conversation, Samuel Woodward wrote about meeting with Mason face to face along with other Atomwaffen members. In chats, members frequently post pictures of Mason and revere him as a brilliant, under-appreciated thinker.

ProPublica was unable to contact Mason.

Jeffrey Kaplan, the academic at King Fahd Defense College in Riyadh, interviewed Mason in the 1990s and spoke to ProPublica about Mason's outlook and the groups he inspires, such as Atomwaffen.

He describes Mason as "a true believer."

Case 2:20-cr-00032-JCC  Document 63-1  Filed 05/15/20  Page 27 of 81

**Grayson Patrick Denton**
Aliases: Nazgul, Leon



*Grayson Patrick Denton is the 19-year-old brother of Atomwaffen leader John Cameron Denton. He is a member of the Texas cell.*

"Now he's got a following, which he didn't have for the last 30 years," Kaplan said. "He's got some kids who've rediscovered him. He must be in heaven."

As Kaplan sees it, groups such as Atomwaffen — would-be Nazi guerrillas devoted to white revolution in the U.S. — are "akin to cults," and are propelled by a quasi-religious faith that they will ultimately prevail. He continued, "What else would sustain you when everyone hates you?"

John Cameron Denton, based on interviews and the material obtained by ProPublica, comes across as something of a cult leader. Lately he has been pushing for Atomwaffen members to pool money and purchase land in rural areas so they can "get the fuck off the grid," and begin implementing their revolutionary agenda. The former member said Denton envisions using this network of Atomwaffen compounds to launch attacks against targets in the U.S.

The leader is already girding for a confrontation with law enforcement. "I do expect that one day I'll get raided," wrote Denton in one chat message. "I'm not gonna have a shoot out or anything stupid like that, but I just dont rule out possibilities because I know the govt doesnt play by the rules."

---

## "You would want to target things like substations, water filtration plants, etc."

Late last month, Atomwaffen held a three-day training session — or "Hate Camp" in the group's parlance — deep in the Nevada desert. The event was organized by an Atomwaffen leader, Michael Lloyd Hubsky, who calls himself Komissar, according to the chat logs.

A 29-year-old resident of Las Vegas, Hubsky holds both a concealed weapons permit and a security guard license, and is a big fan of high-

Case 2:20-cr-00032-JCC  Document 63-1  Filed 05/15/20  Page 28 of 81

powered military-style firearms. In one post he discussed a favorite weapon: a Czech-made rifle called a CZ Scorpion that, Hubsky said, he'd converted to fully automatic and equipped with a flash suppressor.

In another message, Hubsky wrote that he was planning on getting an "FFL" — federal firearms license — so he could "manufacture" guns.

"I can literally become our armory in the event we need it," Hubsky bragged.

The former member said Atomwaffen has a rule: Don't talk about the group's terrorist ambitions in online chats or on social media. Those sorts of

**Michael Lloyd Hubsky**
Alias: Komissar



*Hubsky, 29, lives in Las Vegas and leads Atomwaffen's Nevada cell. In online chats he discussed blowing up the U.S. power grid and natural gas lines.*

conversations are only supposed to happen in person. But Hubsky, at times, has been less than discreet outside the group's confidential chats.

"So in any war, you need to cut off your enemy's ability to shoot, move and communicate," Hubsky wrote in a September 2017 message posted in a discussion on white nationalism that occurred in a non-Atomwaffen chat room. "You would want to target things like: Substations, water filtration plants, etc." ProPublica has obtained Hubsky's statements from that online conversation.

Hubsky wrote that he had "a map of the US power grid."

"West-coast only," he added in the message. "Classified map. Had someone with special permissions get it."

Hubsky also discussed blowing up natural gas lines.

"You put a home-made thermite grenade on those," he wrote. While other types of infrastructure — like water lines – figured in Hubsky's discussions, hitting the power grid was, in his view, the most devastating and effective attack possible. Destroying electricity infrastructure, Hubsky

Case 2:20-cr-00032-JCC Document 63-1 Filed 05/15/20 Page 29 of 81



*John Cameron Denton, left, in an undated photograph with other white supremacists*

wrote, "would by default take out the internet because it relies on power to operate."

In a telephone conversation and subsequent series of text messages with ProPublica, Hubsky at first denied being a member of Atomwaffen. But he later offered to discuss the group at length if his name was not made public, an arrangement ProPublica declined. Hubsky acknowledged that he owns a CZ Scorpion assault rifle — even sharing a picture of the weapon — but said it was not fully automatic. He concluded the exchange by saying he had retained a lawyer.

Hubsky's organization of the three-day Hate Camp in Nevada began with a proposal to the group late last year. He offered to arrange it so the group could hone its combat skills. There would be shooting and hand-to-hand sparring at a secret location on the edge of Death Valley.

Atomwaffen had already held a Hate Camp in the Shawnee National Forest in southern Illinois during the fall of 2017. At least 10 members from different states attended, with some driving in from as far away as Texas, Kansas, Oklahoma and New Jersey. In the Pacific Northwest, cell members had converged on an abandoned cement factory, known as "Devil's Tower" near the small town of Concrete, Washington, where they had screamed "gas the kikes, race war now!" while firing off round after round from any array of weapons, including an AR-15 assault rifle with a high capacity drum magazine.

The training sessions were documented in Atomwaffen propaganda videos.

Members had also organized smaller training sessions, such as the one last year in Texas that had drawn Blaze Bernstein's alleged murderer, Samuel Woodward. The Texas training attended by Woodward took place in the countryside outside San Antonio and involved 10 members of the Texas cell who took part in firearms, survival and weapons instruction.

Hubsky scheduled his training camp during the last weekend in January. Atomwaffen's Washington chapter leader Kaleb J. Cole, who uses the alias

Khimaere, agreed to help organize the desert training session in Nevada, which the group started calling the Death Valley Hate Camp.



### Kaleb J. Cole
Alias: Khimaere



"Bring your uniform, rifle/sidearm, and whatever camping gear you need," he wrote. Cole, who is 22 and lives close to the Canadian border in the town of Blaine, is a National Socialist Black Metal enthusiast who holds a concealed firearms permit and owns an AK-47. In 2015, while Cole was living in Bellingham, police responded to a report that he had "Nazi memorabilia" in his residence, according to Lt. Danette Beckley of the Bellingham Police Department; he was also reported to police in the island town of Anacortes for allegedly harassing a Jewish grocery store

*Atomwaffen's Washington chapter leader is Kaleb J. Cole. Cole, who owns an AK-47 assault rifle with a large-capacity magazine, helped organize arms training sessions in Washington and Nevada. He also works on the group's visual propaganda.*

owner by a waving a Nazi flag in front of the business, according to two law enforcement sources.

The former Atomwaffen member told ProPublica that Cole wields a significant degree of influence over the organization's propaganda, recruitment and organization. ProPublica could not reach Cole for comment.

When the group got out to the desert, Hubsky made sure they shot photos and videos to be used in Atomwaffen recruiting clips. In one picture obtained by ProPublica, an Atomwaffen member is standing at the base of a sand dune showing off a military-grade weapon — an MCX Virtus rifle made by Sig Sauer — while holding a flag bearing the Atomwaffen insignia, a black shield bearing the symbol for radioactivity. Another member, clutching an assault rifle, is also in the photo.

Hubsky returned from Death Valley enthused and eager to do more training. He uploaded a memo to the Atomwaffen chat. Members would now be required to join Front Sight, a "private combat training facility"

outside of Las Vegas in the small desert town of Pahrump. Front Sight, the memo said, could provide classes in "Uzi and full auto M16 combat, as well as knife fighting, hand to hand combat," and instruction in climbing and rappelling.

"I don't know anything about this group," Bill Cookston, Front Sight's director of operations, said this week. "If anyone were to be doing something against the law or in a radical manner, we would look into that."

Shortly afterward, Michael Meacher, Front Sight's CEO, said the training center had sent Hubsky a letter refunding his membership fees and informing the Las Vegas resident that he was banned from the facility for life.

---

## "Not that the faggot kike didn't deserve to die."

Before Samuel Woodward was jailed on charges of murdering Blaze Bernstein, he frequently participated in the Atomwaffen chats. First he used the handle Saboteur. Later he posted under the name Arn.

Often, Woodward sounded like a typical 20-year-old. He enthused about video games (BioShock, Skyrim) and TV shows (he liked the early seasons of "Trailer Park Boys," a Canadian comedy series). He complained about not having a girlfriend.

But Woodward also railed at "mongrels and jews" and gays.

He praised Mein Kampf and seemed to regard "Siege" as something akin to divine revelation; from his perspective, violence and society-shaking mayhem were the only options for a true Nazi.

That orientation attracted him to outlaw groups like the National Socialist Underground, a German organization that carried out a massive terror spree between 2001 and 2011, robbing 14 banks, planting bombs and murdering 10 people, most of them immigrants. "The NSU was pretty cool," Woodward wrote.

In one conversation, Woodward discussed the Bosnian Civil War of the 1990s, during which Serbian soldiers and paramilitary fighters raped thousands of Bosnian Muslim women as part of an infamous campaign of ethnic cleansing. "The only acceptable case of miscegenation is what the serbs did to captured bosniak women," he wrote in November 2017.

Case 2:20-cr-00032-JCC  Document 63-1  Filed 05/15/20  Page 32 of 81

Woodward liked the idea of using rape to terrorize women of color, whom he saw as his foes. "Force them to carry around the spawn of their master and enemy," he wrote.

ProPublica sought comment on the chats from Woodward's lawyer, Edward Munoz, but did not get a response.

On Jan. 26, ProPublica published a story revealing Woodward's belief in Nazism and exposing his involvement with Atomwaffen.

While the article attracted the attention of Atomwaffen members, who promptly posted it to their online chats, no one in the group expressed any sympathy for Bernstein, the young man Woodward allegedly murdered. They made jokes about his slaying and used slurs to describe him. If there was worry, it was about Woodward possibly having to do time behind bars for the murder.

"Sam did something stupid," wrote one member. "Not that the faggot kike didn't deserve to die. Just simply not worth a life in prison for."

Sean Michael Fernandez, an Atomwaffen leader in Texas, even saw an upside for the group. Fernandez, who used the alias Wehrwolf, believed that Atomwaffen actually stood to benefit from the increased notoriety stemming from Woodward's affiliation with the neo-Nazi group and the Bernstein murder.

"We're only going to inspire more 'copycat crimes' in the name of AWD. All we have to do is spread our image and our propaganda," Fernandez wrote on Jan. 30.

He continued: "The growing fear is what we set out to do and it's working EXACTLY how I wanted it to since we took over 'leadership.' I couldn't have planned this better, seriously."

For his part, Denton, the national Atomwaffen leader, felt betrayed. ProPublica had interviewed a former member for the story; still, Denton believed that someone currently within the ranks was sharing information with the media. "Looks like AWD needs another purging," he wrote.

Members began speculating about who was talking to outsiders. Was it a current member? Was it someone they'd kicked out recently?

Members also directed their rage toward the media. As they saw it, Woodward was the one being victimized. Now that his involvement with Atomwaffen had spilled out into the public sphere, Orange County

**Sean Michael Fernandez**
Alias: Wehrwolf



*Sean Michael Fernandez is a leader of the Texas cell.*

prosecutors might hit him with hate crimes charges — charges that could potentially add years to a prison sentence.

"We really owe those jews at ProPublica," wrote one member.

Woodward posted many hundreds of messages to the Atomwaffen chats. But on Jan. 5, he typed out a few lines that are quite distinct from all the rest. In them, the raging young man suddenly became highly sentimental. Two days earlier, according to prosecutors, he had buried Bernstein's lifeless body in a park in Lake Forest, California.

Now Woodward explained that he was reflecting on mortality.

"hey everyone," he wrote. "i just wanted to let you all know i love you so much."

*Ali Winston is a reporting fellow with the Investigative Fund. Follow him on Twitter @awinston.*

*Jake Hanrahan is a freelance journalist and filmmaker based in the United Kingdom. Follow him on Twitter @jake_hanrahan.*



**A.C. Thompson**
Reporter A.C. Thompson covers hate crimes and racial extremism for ProPublica.

✉ A.C.Thompson@propublica.org   🐦 @acinvestigates

Case 2:20-cr-00032-JCC   Document 63-1   Filed 05/15/20   Page 34 of 81



# White Supremacists Embrace "Accelerationism"



Accelerationism is a term white supremacists have assigned to their desire to hasten the collapse of society as we know it. The term is widely used by those on the fringes of the movement, who employ it openly and enthusiastically on mainstream platforms, as well as in the shadows of private, encrypted chat rooms. We have also recently seen tragic instances of its manifestation in the real world.

The concept of acceleration has existed for years as a fringe philosophy. Some of the earliest examples are rooted in a Marxist notion that the intensification of an unhinged force, such as capitalism, for example, will inevitably result in that force's own self-destruction. However, some white supremacists have adopted the terminology and determined that a societal collapse is both imminent and necessary. On March 21, 2019, one anonymous 8chan user, who promoted white supremacist views, wrote, "I used to think acceleration was a marxist [sic] trick…Now, however, I see its value."

Brenton Tarrant, the alleged perpetrator of the mosque massacres in New Zealand, subscribed to accelerationism -- the concept was specifically articulated in his manifesto, which he posted moments before his shooting spree. Tarrant dedicates an entire section of his manifesto to this concept under the heading "Destabilization and Accelerationism: Tactics for Victory."

Tarrant's actions seemed to breathe new life into the discussion of accelerationism and spurred a resurgence of references, paired with praise for his actions, on platforms including Gab, YouTube, Reddit, 8chan and others.

**Equal But Opposite Reaction**

The term "acceleration" references and encompasses two opposing forces. On one end, extremists identify "acceleration" as the perceived escalation by nefarious entities to advance "degenerate" values and influences such as multiculturalism, liberalism and diversity, among others. In line with deeply anti-Semitic views that dominate white

supremacist beliefs, Jews are often blamed for their perceived role in promoting these elements—which white supremacists believe contribute to an imminent "genocide" of the white race.  This view is expressly articulated by Discord user EagleJarl on November 4, 2017, "The jews [sic] are the real accelerationists." Discord is a chat platform for gamers to communicate with each other in real time.

Accelerationism, however, also serves as a reactionary call against the antagonistic forces that are causing society to spiral out of control.  In one Discord post from December 22, 2017, user Dr. Goebbowls wrote, "Anyone with half a brain and enough time can find the information to realize that accelerationism is the last resort of the white man of the modern age."

**Destabilization by Whatever Means Necessary**

Fueled by the perception that the future of the white race is bleak, these white supremacists believe they must employ any means necessary to expedite the collapse of the current system.  Solutions to bring down the system range from the most extreme form, violence, to deliberate political engagement that supports destructive and divisive societal elements. For example, Tarrant referenced the need to bring about collapse by leaning in to disruptive forces, even those antithetical to white supremacist beliefs, writing, "A vote for a radical candidate that opposes your values and incites agitation or anxiety in your own people works far more in your favour than a vote for a milquetoast political candidate that has no ability or wish to enact radical change."

Accelerationists believe that setting off a series of reactions, even if they result in changes that directly threaten the white race, can actually be a useful tool for motivating more reticent white supremacists. Following an extremist terrorist attack such as the Tree of Life shooting or Christchurch rampage, accelerationists identify a domino effect that is set into motion – a chain of societal reactions that further exacerbate the feeling of alienation among white supremacists, and, theoretically, a greater impulse to engage in violence or other destructive behavior.

This phenomenon was articulated by one anonymous 8chan post on March 21, 2019: "… 'acceleration' means…making things worse…and thus t [sic] alienate [sic] the White popluation [sic] and get the fence sitters off the fence…This was the core of what Bretton [sic] was trying to explain in his manifesto. He understood that ZOG [anti-Semitic conspiracy of Jewish control called the Zionist Occupied Government] would double down on censorship, gun grabbing, free speech, etc."

But at the core of accelerationism is the goal of creating societal chaos.  Tarrant wrote, "True change and the change we need to enact only arises in the great crucible of crisis. A gradual change is never going to achieve victory.  Stability and comfort are the enemies of revolutionary change.  Therefore [sic] we must destabilize and discomfort society where ever possible."  Tarrant presumably believed his murder of 50 worshippers at New Zealand mosques was helping to bring this extreme theory into the real world.

**Blueprint for Violence**

White supremacists hold up extremist publications like the Siege and Turner Diaries, for example as blueprints for violent accelerationist action.

Siege, a neo-Nazi compilation of essays by James Mason, predicts that "the final END of society is accelerating" because "the entire foundation itself is thoroughly corroded." Mason uses this as the basis for a call to engage in acts of violence that will expedite the inevitable collapse, writing, "At this juncture social malaise cannot be halted, only accelerated onward to the abyss, capitulating the whole vile episode of this end cycle."

The Twitter poster "Jumper Siege" illustrates the crossover between those who embrace Siege "culture" and accelerationism. He describes himself as an "Accelerationist NS" [national socialist] his photo banner reads "'strew the streets with the bodies of bureaucrats" while his bio includes the phrase, "Molotov the fed [sic]..."

White supremacists who advocate for accelerationism also turn to The Turner Diaries by William Pierce, which offers a more implicit packaging of the concept. For example, the book presents a symbolic critique of a fictional character, described as a "responsible conservative," who does not understand that "...one of the major purposes of political terror...is to force the authorities to take reprisals and to become more repressive, thus alienating a portion of the population and generating sympathy for the terrorists. And the other purpose is to create unrest by destroying the population's sense of security and their belief in the invincibility of the government." As one

Case: 2:20-cr-00032-JCC   Document 63-1   Filed 05/15/20   Page 39 of 81

anonymous 8chan user posted on March 21, 2019, "Dr. William Pierce...
ALWAYS [sic] supported men of action who fought for their race, even
when he disapproved of their target selection."

**Accelerationism to the Core**

Case 2:20-cr-00032-JCC   Document 63-1   Filed 05/15/20   Page 40 of 81

Accelerationism is embraced throughout Fascist Forge, an online hate forum where posters discuss the "optimal" type of violent action. Poster Krokodil, who appears to have ties to white supremacist groups Atomwaffen and The Base, wrote on October 3, 2018: "If we wanted to, hypothetically, every single one of us could go full McVeigh [Oklahoma City bomber Timothy McVeigh] and start dispatching political and economic targets today, helping build the social tension that will accelerate the collapse of the System."

Accelerationism is a popular topic in private chat rooms frequented by white supremacist groups like Atomwaffen and The Base. These

Case 2:20-cr-00032-JCC   Document 63-1   Filed 05/15/20   Page 41 of 81

virtual spaces are full of discussions about steps to take to hasten the ultimate collapse.

Atomwaffen articulates a white supremacist ideology rooted in nihilism and accelerationist beliefs.  Violence, chaos and destruction are themes echoed throughout their posts, propaganda and messaging.

Roman Wolf, The Base's self-described communications specialist and recruiter, retweeted this before his account was suspended: "Our enemies will accelerate our situation as they are intent on achieving their goals. We cannot halt this acceleration. We can however speed it up even further—every act of resistance by whites causes a further reaction by our enemies."



# Atomwaffen Division (AWD)



**Key Points:**

• AWD is a small neo-Nazi group whose members are preparing for a race war to combat what they consider the cultural and racial displacement of the white race.

• AWD spreads their hateful propaganda via the internet and by distributing provocative fliers, posters, and stickers.

• Members participate in "hate camps," organized hiking excursions and military-style training exercises.

• Members have participated in white supremacist rallies and events organized by other white supremacist groups.

• Members and associates have been linked to violent crimes including murder and alleged plots to attack civilians, nuclear facilities and synagogues.

**Origins**

Atomwaffen Division (AWD) is a small neo-Nazi group that became active in 2016. The group is believed to have originated online from a now-defunct Neo-Nazi forum called Iron March, which was known for its extreme content and calls for violence. According to the AWD website, they are "a revolutionary national socialist organization centered around political activism and the practice of an autonomous fascist lifestyle." They promote the idea that societal and governmental "systems" are collapsing and that democracy and capitalism have "given way to Jewish oligarchies and globalist bankers resulting in the cultural and racial displacement of the white race."

Members train in preparation for an impending race war and promote the use of violence to reach their goal of "uncompromising victory." In a promotional video published on January 21, 2018, members, dressed in military-styled camouflaged fatigues, shout "gas the Kikes" and "race war now" as they fire weapons and practice tactical maneuvers.

In December 2017, one of AWD's leaders, John Cameron Denton (aka Vincent Snyder), laid out the group's plans on their Siege Culture website: "Our responsibility right now is resistance, anything that happens after that we'll simply adapt to it and work with what we have." Denton, who lives in Texas, has attended white supremacist rallies and events in Houston and Austin alongside members of the White Lives Matter movement and the Aryan Renaissance Society.

Atomwaffen members have a macabre fascination with serial killer Charles Manson and his vision of a race war between whites and blacks. For this reason, in 2017, Denton and other Atomwaffen members sought out neo-Nazi Manson devotee and former American Nazi Party member, James Mason, and republished some of his writing, including *Siege*, a book based on a collection of newsletters Mason wrote in the 1980s.

In addition to Charles Manson, AWD members pay tribute to other white men who've committed mass murders, including Dylann Roof, Anders Breivik, Ted Kaczynski and Timothy McVeigh, even referring to the latter three as "the father, the son, and the holy spirit."

Atomwaffen draws some of its influences from satanic ideas and beliefs. Required and recommended reading lists for Atomwaffen's "aspiring initiates" include books that draw on satanic and occult themes, while some Atomwaffen members promote a particular version of Satanism known as "The Order of Nine Angles," commonly abbreviated as ONA or O9A, which is steeped in neo-Nazi themes that

praise Adolf Hitler, promote Holocaust denial and identify Jews as the enemy.

The Order of Nine Angles' spiritual leader, Anton Long (which may be a pseudonym for David Myatt), is a notorious British neo-Nazi leader with a violent criminal history. Siege Culture, an Atomwaffen website, promotes Long's book *Hostia: Secret Teachings of the Order of Nine Angles*, an instructional guide for would-be O9A members that encourages "satanic novices" to undergo a personal transformation to achieve a more revolutionary mindset. Suggestions include enlisting in a police force, championing heretical views, becoming a professional burglar and joining the armed forces (in wartime) to gain combat experience.

Atomwaffen's small clusters of members are scattered around the country; they participate in "hate camp:" hiking excursions and military-style training exercises. The AWD Florida chapter, once considered the largest in the country, took a major hit in May 2017 when Devon Arthurs, a former Atomwaffen member who converted to Islam, allegedly murdered two of his roommates, Atomwaffen members Jeremy Himmelman and Andrew Oneschuk.

An investigation following the murders revealed that a fourth Atomwaffen Florida member, Brandon Russell, sometimes named in media reports as the group's national leader, had been collecting explosive materials in his apartment. Russell fled but was quickly arrested by police.

Arthurs told law enforcement that AWD planned to use explosives to attack civilians, nuclear facilities and synagogues. In January 2018, Russell, who pleaded guilty to possessing an unregistered destructive device and unlawful storage of explosive materials, was sentenced to five years in federal prison.

Virginia teen Nicholas Giampa, who allegedly shot and killed his girlfriend's parents after they became upset by his rumored neo-Nazi views, was, at the very least, influenced by Atomwaffen. Giampa praised Mason's book, *Siege*, and retweeted material from Siege Culture. He also retweeted at least one Atomwaffen photo and praised someone named "Ryan Atomwaffen" for his white supremacist book collection.

Activity attributed to Atomwaffen has been reported in multiple states, including California, Colorado, Florida, Illinois, Pennsylvania, Texas, Massachusetts, Washington, North Carolina and Virginia.  The group's

vile propaganda often promotes violence against minority communities, including LGBT people, Jews, Muslims, and African Americans.

**Sonnenkrieg Division**

White supremacist organization Sonnenkrieg Division, which launched online in 2018, has strong ties to Atomwaffen. Sonnenkrieg is predominantly focused on political and social issues in Europe, specifically the UK and Eastern Europe, and its members take a nihilistic view of the world, which they seek to destroy.

There are significant overlap in the Sonnenkrieg and AWD's core ideologies, use of graphics and imagery, rhetoric, cross-promotion and communication.  Like Atomwaffen, Sonnenkrieg rails against a perceived cultural and racial obliteration of the white race and glorifies the teachings of *Siege* author James Mason.

On December 6, 2018, British authorities arrested 21-year-old Andrew Dymock, 18-year-old Oskar Koczorowski and an unnamed 17-year-old on suspicion of possessing material likely to be used to prepare or commit acts of terrorism and conspiracy to inspire racial and religious hatred.  All three are associated with Sonnenkrieg.

## The Murder of Blaze Bernstein

On January 12, 2018, law enforcement officers arrested 20-year-old
 California resident Sam Woodward for the stabbing death of former
classmate Blaze Bernstein, a 19-year-old college student. Two days
prior to the arrest, Bernstein's body was found with 19 stab wounds to
his neck, buried in a shallow grave in a park in Lake Forest, California.
In addition to felony murder charges in connection with the death of
Bernstein, the Orange County District Attorney's Office charged
Woodward on August 2, 2018, with hate crimes for allegedly targeting
Bernstein because of his sexual orientation.

Woodward's association with Atomwaffen came to light in photos,
social media and leaked Discord chat logs, where he interacted with
Atomwaffen members and frequently discussed his hatred of gay
people and Jews.  One of these photographs show Woodward giving a
Nazi salute alongside other Atomwaffen members.  Following the
murder, Atomwaffen affiliate @Trajan_AWD justified Woodward's
actions on Twitter, posting, "Sam Woodward did nothing wrong, some
gay tried to kiss him and he reacted appropriately."

## Examples of Activity:

**Pensacola, Florida, November 2017**: Flyers with homophobic slurs and
the Atomwaffen website address were found at the University of West
Florida.

Case 2:20-cr-00032-JCC   Document 63-1   Filed 05/15/20   Page 49 of 81

**Shelbyville, Tennessee, October 2017:** At least one Atomwaffen member attended the Nationalist Front organized White Lives Matter rally.

**Houston, Texas, October 2016:** AWD members protested in front of the Houston ADL office alongside White Lives Matter (WLM) Texas and members of the Aryan Renaissance Society

**Seattle, Washington, September 2017**: AWD members held "Hate Planet" banners from a footbridge

**Olympia, Washington, June 2017**: Atomwaffen fliers were posted at Evergreen State College. The flyers demanded, "Where will you be when the race war begins? When the world burns?"

**Seattle, Washington, June 2017:** Atomwaffen members distributed numerous fliers at the University of Washington and posed for photos at the university's Sieg Hall.

**Philadelphia, Pennsylvania, April 2017**: Atomwaffen fliers were posted at the University of Pennsylvania, including one that read "How is a diploma going to help you in the race war?"

**Chicago, Illinois, December 2016:** An Atomwaffen flier that read "#HITLER DISAPPROVES: No Degeneracy, No Tolerance, Hail Victory" was posted at the University of Chicago.

**Bradenton, Florida, December 2016:** Atomwaffen fliers that read, "How is a diploma going to help you in the race war? Join your local Nazis"

and "A New Course of Action, A New Time," were posted at the State College of Florida at Bradenton.

**Denver, Colorado, December 2016:** An Atomwaffen flyer that read, "The fascists are in town!  Are you ready to stand against liberal anti-white filth white man?" was posted at the University of Colorado.

# Exhibit 2: Photos



Dated 12/17/18 in Cole's phone camera



Dated 12/6/2018 in Cole's phone camera



Flag located in Cole's bag during U.S Customs
Search 12/28/2018



Dated 12/24/18 in Cole's phone camera - in front of Auschwitz



Dated 12/6/2018 in Cole's phone camera





Skull bandana







Skull bandana in Cole's luggage and photographed by U.S. Customs on 12/28/2018



Similar guns as depicted in the pictures with girlfriend



# Exhibit 3: U.S. Customs and Border Protection Report



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Incident Log Query - Detail**

06/27/2019 18:30 EDT                                                                 Page 1 of 4

**INCIDENT NUMBER:** ▮▮▮▮▮▮▮▮                         **APPROVAL STATUS:** Approved
**INCIDENT TYPE:** ▮▮▮▮▮▮▮▮

| SUMMARY | | | |
|---|---|---|---|
| **Incident Date** | | **Incident Time** | |
| 12/28/2018 | | 04:08 | |
| **Port Code** | **Site Code** | **Location** | |
| 3901 - CHICAGO | A392 - CBP-CHICAGO, OHARE AIRPORT | CHICAGO | |
| **Personal Search Performed** | | | |
| N - No | | | |
| **Document Type** | **Document Number** | **FIN Number** | |
| P - PASSPORT | ▮▮▮▮▮▮▮ | | |
| **Last Name** | **First Name** | **Middle Initial** | **Date of birth** |
| COLE | KALEB JAMES | | 10/13/1995 |
| **Gender** | **Citizenship** | **Race** | **Hispanic** |
| M - Male | USA - UNITED STATES | W - WHITE | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Height** | **Weight** | **Hair** | **Eyes** |
| | | | |
| **Address** | | | |
| | | | |
| **City** | **State** | **Zip** | **Country** |
| | | | |
| **Conveyance Type** | | **Inbound/Outbound** | |
| C - COMMERCIAL AIR | | I - In | |
| **Carrier Code** | **Flight/Vessel Number** | **Crew** | **Departure/Destination Port** | **Departure/Destination Country** |
| BA - BRITISH AIRWAYS P.L.C. | 297 | N - No | LHR - LONDON / HEATHROW INTL | GBR - UNITED KINGDOM |
| **Created By Officer** | **Supervisor** | **Primary Officer** | |
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ [SUP CBP OFFICER] | ▮▮▮▮▮▮ [CBP OFFICER] | |

| REMARKS |
|---|

NAME: COLE, Kaleb James
DOB: 10/13/1995
TRAVEL INFORMATION: BA 297
REASON FOR SECONDARY REFERRAL: ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
PASSPORT NUMBER/COUNTRY: ▮▮▮▮▮▮▮▮
ADDITIONAL PASSPORT NUMBERS/COUNTRIES: N/A
LPR CLASSIFICATION AND A#/VISA CLASSIFICATION (IF ANY): N/A
DISPOSITION (ADMITTED, DENIED/REFUSED, ARRESTED): Admitted USC.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

NAME OF SUPERVISOR WITNESSING OR SUPERVISORY NOTIFICATION: ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Incident Log Query - Detail**

06/27/2019 18:30 EDT ███████████████████                                    Page 2 of 4

1. PURPOSE OF TRIP: Vacation.
2. DURATION OF TRIP: 25 days (12/03/2018 - 12/28/2018).
3. PERSONS VISITED/PERSONS TO BE VISITED: N/A.
4. PLACES VISITED ABROAD/PLACES TO BE VISITED IN THE U.S.: Prague - Czech Republic, Wroclaw - Poland, Kiev - Ukraine, Krakow - Poland.
5. SPONSORING ORG. FOR TRIP/MEANS USED TO PAY FOR TRIP: Self.
6. OCCUPATION: General Laborer at ███████████.
7. AFFILIATIONS WITH EDUCATIONAL OR PROFESSIONAL INSTITUTIONS: Atomwaffen.
8. VALUE OF CASH AND OTHER MONETARY INSTRUMENTS IN THE TRAVELER'S POSSESSION/ AMOUNT OF OUTBOUND CURRENCY: Outbound $1,000 USD/Inbound $0 USD.
9. NEXT DESTINATION: ███████, WA.
10. ENTIRE TRAVEL ITINERARY (CITIES AND COUNTRIES VISITED, INCLUDING OUTBOUND PORT (S): ███████████████
11. CITY AND COUNTRY OF BIRTH: Everett, Washington, US.
12. CURRENT ADDRESS AND TELEPHONE NUMBER (INCLUDE ZIP CODE): ████████████████,
████████, WA, phone ████████████
███████████████████████████████████████████████████████

14. ADDITIONAL APPROPRIATE INFORMATION ████████████████████████
████████████████████████████████████ TYPE OF QUESTIONS AND RESPONSES, ETC.):

On December 28, 2018, COLE, Kaleb James (DOB: 10/13/1995) arrived at Chicago O'Hare International Airport (ORD) via British Airways flight number 297 from London, UK. ███████
████████████████████████████████████████████████████████

COLE was met and identified on the jet bridge at gate M-11 in Terminal 5 by CBP Officers
████████████████████████████████████ COLE presented a valid U.S. passport number 540675280 to inspecting CBP officers at the gate. Subject was traveling with BRUCE UMBAUGH, Aidan (DOB: ███████████, ████████████████████ and MOORE, Edie Allison (DOB: ████████). COLE was escorted to █████████████ Primary for processing and referred to ████████████ Secondary for ███████████ examination.
████ interview was conducted by ████████████ COLE was traveling with his friends BRUCE UMBAUGH, Aidan (DOB: ████████, ████████████████████ and MOORE, Edie Allison (DOB: ████████). COLE stated he knows Aidan from 6th grade and they hang out occasionally, but he recently moved to east Washington. Subject stated they were coming back from 25-day trip to Europe. Subject first traveled to Prague, Czech Republic where they stayed at 3 Crowns hotel for 5 days. Subject then traveled by bus to Wroclaw, Poland where they stayed at Hostel Fitness for 3 days. Subject then went to Kiev, Ukraine where they stayed at Airbnb for 12 days. Subject stated they visited Patriotic War Museum and attended metal music festival while in Kiev. Subject then traveled to Krakow, Poland where they stayed at Holiday Inn hotel for 2 days, and then back to Prague for 2 days. COLE stated that the main for reason for this trip was to see the historic architecture and museums in Eastern European countries. Subject stated they mostly traveled by bus, Uber or

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Incident Log Query - Detail**

on foot. COLE stated that they planned this trip for past few months and he paid for the
trip himself with his savings. Subject stated he did not meet with anyone while in Europe,
except few people from UK, who he met while walking on the streets in Kiev. Subject stated
that he felt safer in Europe, than he does in the U.S. Subject stated that he was treated
more like a person and people were nicer to him. Subject stated he had few interactions
with law enforcement in Kiev and they were more professional and helpful than police
officers in the U.S. Subject stated that while in the U.S. he was pulled over multiple
times and searched without a reason. Subject stated that law enforcement agencies in the
U.S. abuse their authority and use excessive force.

COLE works for ███████████████████████. Subject stated he resides with his father
at ███████████████████████, WA, and his cell phone number is ███████████████
Subject stated he doesn't use an email or any social media.

According to an open source article, COLE is an Atomwaffen's Washington chapter leader and
he owns an AK-47 assault rifle with a large-capacity magazine, helped organize arms
training sessions in Washington and Nevada. He also works on the group's visual
propaganda. The Atomwaffen Division ("Atomwaffen" meaning "Atomic weapons" in German) is a
neo-Nazi terrorist organization based in the United States. COLE was asked about the
article that was posted online and he stated that he is a member of Atomwaffen. Subject
stated that he shares a fascist ideology, "strong dominate the weak". COLE also stated
that he discourages people (other members) from things that are illegal and he stated that
his group is not interested in overthrowing the U.S. Government. COLE didn't want to
comment on his involvement in the group or how long he has been a member. Subject stated
that his co-travelers know he belongs to the group, but he didn't want to comment when was
asked if they belong to the group as well. Subject stated he owns an AK 47 rifle and
multiple handguns for his own protection.

COLE was traveling with one backpack and no checked bags. Bag exam of subject's backpack
revealed personal items, clothes and an atomwaffen flag. Subject reported $0 USD ($1,000
USD outbound).

COLE was in possession of a Samsung cellphone (Model # SM-G950U, IMEI # ████████████0464,
Serial # ███████H8RJ). The cellphone was unlocked and placed in airplane mode by COLE;
which disabled cellular and data connections during the exam. SCBPO ███████ verified the
data connection was disabled.

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████ The cellphone was
returned to COLE in original condition. The cellular device inspection started at
approximately 2155 hours and concluded at approximately 2230 hours.

██████████████████████████████████████████████████████████████████████

███████████████████████ All original documents were returned to COLE.
███ Officer ███████ was contacted with inspection results at 2345 hours. ███████████
███ COLE was allowed to exit the Federal Inspection Service (FIS) area without further
incident at 0010 hours in concurrence with SCBPO ████████

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Incident Log Query - Detail**

06/27/2019 18:30 EDT ████████████████████                               Page 4 of 4

•U.S. address: ███████████████████████████████
•U.S. phone# ██████████████
•Email: N/A.

TIMELINE of Events:
Intercepted by ██████ CBPO ████████████ at 2140 hours.
Contact ████ CBPO ██████ contacted ████ Officer █████████ at 2345 hours.
Subject was released at 0010 in concurrence with SCBPO ████████

For Official Use Only / Law Enforcement Sensitive

## Exhibit 4:  Open Source Video Clips

Exhibit 3



# TERRY L. MORGAN
### SHERIFF
### GARZA COUNTY
### POST, TEXAS 79356



PH. 806-495-3595 GARZA COUNTY LAW ENFORCEMENT CENTER   412 E. 15ᵀᴴSt. Post, Texas 79356

**Offense/Case Number:** 2019-11-2836
**Reporting Officer:** ELIZONDO, RICK

| | | |
|---|---|---|
| ORI # TX1670000 | Arrest Number: | Arrest Made: ON-VIEW |
| Date of Report: 11/04/2019 | Incident/Call #: 04746-19 | Location: HOLLYS |
| Date of Occurrence: | Citation Number: | SUPPLEMENTS: 0 |
| OFFENSE: POSS CS PG 2 GT= 4GLT400G | CLASS: | |

| Associated Offense(s): | Associated Charge(s): | Classification: |
|---|---|---|
| POSS MARIJ LT2OZ | 35620008 | MISDEMEANOR B |
| UNL CARRYING WEAPON | 52030003 | MISDMEANOR A |

| Synopsis |
|---|
| |

## Suspect #1 Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | BRUCE-UMBAUGH,AIDAN | | | | |
| Address: | PMB YES PO BOX 257 | | CSZ: OLYMPIA, WA 98507 | | |
| DOB: | 03/13/1996 | Age: | 23 | Sex: | Male |
| Race: | WHITE | Eth: | No | Height: | 601 |
| Weight: | 150 | Hair: | BROWN | Eyes: | BLUE |
| DL/ID Number: | BRUCEA*045DL | DL/ID State: | WASHINGTON | DL/ID Type: | Unknown |
| SSN: | 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 | Phone Number: | (360)489-5826 | Cell Number: | |
| Email: | | | | | |

**Business Information:**

| | | | | |
|---|---|---|---|---|
| Name: | | | | |
| Address: | | CSZ: , | | Phone: |

**Offense Information:**

| | | | | | |
|---|---|---|---|---|---|
| Date From: | 11/04/2019 | Time From: 13:42 | Date To. 11/04/2019 | Time To: 15:09 |

**Vehicle Information:**

| | | | |
|---|---|---|---|
| Year: | | Make: | Model. |
| Color: | | License: | VIN: |
| Value: | | | |

| Reported By #1 Information | | | | | |
|---|---|---|---|---|---|
| **Name:** | **STATE,OF TEXAS** | | | | |
| **Address:** | **412 EAST 15TH STREET** | | **CSZ:** | **POST, TEXAS 79356** | |
| **DOB:** | 01/01/1900 | **Age:** | 119 | **Sex:** | |
| **Race:** | OTHER | **Eth:** | No | **Height:** | |
| **Weight:** | | **Hair:** | | **Eyes:** | |
| **DL/ID Number:** | 00000000 | **DL/ID State:** | | **DL/ID Type:** | |
| **SSN:** | 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 | **Phone Number:** | (806)495-3595 | **Cell Number:** | |
| **Email:** | | | | | |

**Business Information:**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | | | | | |
| **Address:** | | **CSZ:** | , | **Phone:** | |

**Offense Information:**

| | | | | | |
|---|---|---|---|---|---|
| **Date From:** | 11/04/2019 | **Time From:** | 13:42 | **Date To:** 11/04/2019 | **Time To:** 15:09 |
| **Relation to Suspect:** | NONE | | | | |

**Vehicle Information:**

| | | | | | |
|---|---|---|---|---|---|
| **Year:** | | **Make:** | | **Model:** | |
| **Color:** | | **License:** | | **VIN:** | |
| **Value:** | | | | | |

| Witness #1 Information | | | | | |
|---|---|---|---|---|---|
| **Name:** | **STATE,OF TEXAS** | | | | |
| **Address:** | **412 EAST 15TH STREET** | | **CSZ:** | **POST, TEXAS 79356** | |
| **DOB:** | 01/01/1900 | **Age:** | 119 | **Sex:** | |
| **Race:** | OTHER | **Eth:** | No | **Height:** | |
| **Weight:** | | **Hair:** | | **Eyes:** | |
| **DL/ID Number:** | 00000000 | **DL/ID State:** | | **DL/ID Type:** | |
| **SSN:** | 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 | **Phone Number:** | (806)495-3595 | **Cell Number:** | |
| **Email:** | | | | | |

**Business Information:**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | | | | | |
| **Address:** | | **CSZ:** | , | **Phone:** | |

**Offense Information:**

| | | | | | |
|---|---|---|---|---|---|
| **Date From:** | 11/04/2019 | **Time From:** | 13:42 | **Date To:** 11/04/2019 | **Time To:** 15:09 |
| **Relation to Suspect:** | NONE | | | | |
| **Can Testify To:** | | | | | |

**Vehicle Information:**

| | | | | | |
|---|---|---|---|---|---|
| **Year:** | | **Make:** | | **Model:** | |
| **Color:** | | **License:** | | **VIN:** | |
| **Value:** | | | | | |

| Complainant #1 Information | | | | | |
|---|---|---|---|---|---|
| Name: | **STATE,OF TEXAS** | | | | |
| Address: | **412 EAST 15TH STREET** | | CSZ: | **POST, TEXAS 79356** | |
| DOB: | **01/01/1900** | Age: | **119** | Sex: | |
| Race: | **OTHER** | Eth: | **No** | Height: | |
| Weight: | | Hair: | | Eyes: | |
| DL/ID Number: | **00000000** | DL/ID State: | | DL/ID Type: | |
| SSN: | **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** | Phone Number: | **(806)495-3595** | Cell Number: | |
| Email: | | | | | |

**Business Information:**

| Name: | | | | | |
|---|---|---|---|---|---|
| Address: | | CSZ | , | Phone: | |

**Offense Information:**

| Date From: | **11/04/2019** | Time From: | **13:42** | Date To: | **11/04/2019** | Time To: | **15:09** |
|---|---|---|---|---|---|---|---|
| Relation to Suspect: | **NONE** | | | | | | |

**Vehicle Information:**

| Year: | | Make: | | Model: | |
|---|---|---|---|---|---|
| Color | | License: | | VIN: | |
| Value: | | | | | |

LOCATION OF OFFENSE: HOLLYS

DATE & TIME OF OFFENSE: ,

M.O. DESCRIPTION

PROPERTY KEY:

CD -    R=RECOVERED, A=ABANDONED, S=STOLEN, D=DAMAGED, L=LOST, F=FOUND or C=CONT

DE -    A=CURRENCY, B=JEWELS, C=CLOTHES, D=VEHICLE, E=OFFICE EQUIP, F=ELECTRONIC

G=FIREARMS, H=HOUSEHOLD, I=CONSUMABLE, J=LIVESTOCK, K=MISC or L=NA

PROPERTY:

| Code | Quantity | Description | Serial No. | Value |
|---|---|---|---|---|
| Seized | 2 | 2 THC VAPE CARTRIDGES | | 0.00 |
| | | | Total | 0.00 |

DISPOSITION OF PROPERTY: SEIZED

| Total CD Codes | Number of Items | Total Value |
|---|---|---|
| 6 - Seized | 1 | 0.00 |
| | Total | 0.00 |

| Total DE Codes | Number of Items | Total Value |
|---|---|---|
| 10 - Drugs/Narcotics | 1 | 0.00 |
| | Total | 0.00 |

OFFICER TAKING REPORT: ELIZONDO, RICK
REPORT DATE & TIME: 11/05/2019  10:35
APPROVED BY:
OFFICER ASSIGNED:
CHARGES FILED: POSS CS PG 2 GT= 4GLT400G

CASE STATUS: NEW

## CASE NARRATIVE

1. On 11/04/2019 at approximately 1:42 P.M., I (Sergeant Rick Elizondo) and Chief Spain of the Garza County Sherriff's Office initiated at traffic stop on a Blue 2000 Ford Focus bearing WA LP # BJG6073 for a traffic violation I observed in the 100 Block of North Broadway here in Post, Garza County, Texas. Upon completion of the investigation, (1) White Male was placed under arrest for possession of narcotics and unlawfully carrying weapons. The White Male was transported to the Garza County Jail and released to Jail Staff for book in processing.

2. On 11/04/2019 at approximately 1:42 P.M., I observed a blue in color passenger car appearing to be traveling faster than the posted speed limit of 35 Miles Per Hour. Using my in-car doppler radar, I visually and audibly observed the blue passenger vehicle to be traveling 42 Miles Per Hour in a 35 Mile Per Hour Zone.

3. I turned around and initiated a traffic stop by activating my emergency red and blue lights. The vehicle was identified to be a Blue 2000 Ford Focus bearing WA LP # BJG6073 which made a full and complete stop in the parking lot of Holly's located at 615 South Broadway.

4. I made contact with the driver identified to be (Cole, Kaleb James DOB: 10-13-1995, WA DL # WDL772N2J63B) and the passenger was identified by Chief Spain as (Bruce-Umbaugh, Aidan DOB: 03-13-1996, WA DL # BRUCEA*045DL).

5. I identified myself to Mr. Cole and requested his driver's license and proof of insurance. After receiving a paper copied driver's license from Mr. Cole, I informed him the reason for the contact. While I was obtaining said information from the driver, I observed there to be a large knife in the middle console. I asked both occupants if there were any other weapons inside the vehicle besides the knife I had observed and Mr. Bruce advised that they had rifles in the back.

6. Chief Spain obtained both Driver's Licenses and went to my patrol unit while I spoke with both individuals. Chief Spain could be heard over radio traffic requesting Dispatch to conduct a standard driver's license/ warrant check on both individuals.

7. While Chief Spain was speaking with Dispatch, I asked both individuals why they were heading to Houston and I received different answers at the same time from Mr. Cole and Mr. Bruce. Mr. Cole appeared to have stated, "I don't know" and Mr. Bruce stated, "We just got some friends in the area we wanted to visit." I then asked if they had anything illegal in the vehicle such as marijuana or other narcotics and both denied possessing anything illegal.

8. I then asked if they were going to go do some shooting while they were in Houston and Mr. Bruce stated, "At some point." Mr. Cole stated, "At some, well yeah." Mr. Cole appeared to be repeating the answers that Mr. Bruce was answering to my questions. I also observed that when I would ask a question, Mr. Cole would look in the direction of Mr. Bruce as if he was waiting for Mr. Bruce to answer the question.

9. I asked both occupants how long they were planning to stay in Houston and again I received different answers at the same time. Mr. Cole stated, "It's kind of up in the air" and Mr. Bruce stated, "A couple of weeks."

10. At this time, I approached Chief Spain who informed me that Dispatch informed him that they received a Caution Hit on the vehicle's registration stating possible terrorist organization and to contact the Federal Bureau of Investigations.

11. Due to my knowledge of knives and rifles inside the vehicle and the actions of the driver appearing nervous, both occupants were requested out of the vehicle. Mr. Cole was requested to stand in front of my patrol unit where I conducted a weapon's pat down of Mr. Cole's outer clothing in which nothing was located. I did locate a black skull bandana in the left pant leg of Mr. Cole. When asked if he wears it as a mask Mr. Cole stated, "Yeah, it was to keep warm."

12. At this time, I reiterated Mr. Cole's answer about not possessing anything illegal inside the vehicle in which he stated, "No, and I don't consent to any searches." At this time, a K-9 Officer was contacted by Chief Spain.

13. I asked Mr. Cole for the name of his friend that they were going to see and he explained that he rather not tell me that information. I then went and spoke to Mr. Bruce. I asked Mr. Bruce for the name of the friend they were going to see and he stated, "Cameron." I then asked Mr. Bruce if all the weapons belonged to him and he stated, "Yes, they are all mine."

14. A short time later, Post ISD K-9 Officer Dean arrived on scene along with his K-9 partner "Zara" and conducted an open-air sniff of the vehicle. K-9 Officer Dean informed deputies that "Zara" indicated a positive alert on the vehicle for possible narcotics. Mr. Cole and Mr. Bruce were placed into handcuffs at this time and informed they were not under arrest just being detained in the handcuffs for officer safety. They were then informed that the K-9 indicated a positive alert for possible narcotics and that a probable cause vehicle search will be conducted.

15. Prior to conducting the probable cause vehicle search, I asked Mr. Bruce what property inside the vehicle belonged to him and he advised he had a backpack and a couple of bags. I asked Mr. Bruce if there was anything illegal in the bags and he stated, "I have some pot." Mr. Bruce also claimed to be in possession of about 2 grams Tetrahydrocannabinol "THC" oils.

16. At this time, Deputy Johnson who was on scene to assist and I conducted a probable cause vehicle search. Deputy Johnson located a Black 9mm Sig Saur P320 Pistol S/N 58A132944 underneath the passenger seat with a full loaded magazine next to it. Deputy Johnson then located a White plastic container containing a green leafy substance suspected to be marijuana in the floor board area of the front passenger seat.

17. Deputy Johnson then located a green in color backpack that Mr. Bruce took possession of. Inside the backpack, I observed Deputy Johnson take out (8) total "THC" vape cartridges. (2) of the "THC" vape cartridges appeared to be new and full of "THC" concentrate. Deputy Johnson took pictures of the located items. Deputy Johnson also located a plastic clear wrapper containing an assortment of different pills inside the green backpack. The pills located were identified to be (8) Trazodone Hydrochloride which are White in color, circular, and have the imprint of 8 05. 14 orange circular pills were identified to be Clonidine Hydrochloride. 4 green and white pills were identified to be Hydroxyzine Pamoate. The pills were taken and later placed into an evidence bag.

18. Located in the trunk area of the vehicle, deputies located 2 Black AK style rifles and 1 AR Style rifle that was disassembled. 1 rifle was identified to be a Waffen Works S/N WW 02566. The 2nd rifle was an Arsenal 7.62X39 Cal. S/N XK 54 2699. The 3rd rifle was disassembled and was told by Mr. Bruce that he built it himself. The Black rifle was an Aero Precision with S/N X039182. The stock was a Shockwave Blade Pistol Stabilizer.

19. Also located in the trunk area of the vehicle were numerous rounds of ammo
located in ammo totes, and miscellaneous bags. The ammo ranged from 9mm, 5.56X45, 7.62X39, 5.45X39, and 12-gauge shotgun shells. Several magazines were also located throughout totes, handbags, and magazine hostelers. A total of (6) 9mm fully loaded magazines were located, (2) 45.Cal fully loaded magazines, (8) 7.62X39 magazines were located with 5 of them being fully loaded. (8) 5.56X45 magazines were located with 6 if them being fully loaded. (1) 5.56X45 50 round magazine was located but was empty.

20. At this time, all the weapons were placed in Deputy Johnson's patrol unit along with a green plastic ammo container and black duffle bag with various ammo. The drug evidence and a green metal ammo container were placed into the trunk of my patrol unit.

21. Mr. Bruce was informed that he is now being placed under arrest for the marijuana and "THC" items as well as unlawfully carrying of weapons.

22. Mr. Cole was issued citation # 016954 for speeding and released from the scene.

23. Mr. Bruce was placed into the back seat of my patrol unit and seat belted
in for his safety. Mr. Bruce was then transported to the Garza County Jail and released to Jail staff for book in processing. Prior to entering the Jail Facility, Mr. Bruce was asked if he had anything on or in his person that I should be aware of before entering the facility. Mr. Bruce advised that he may still be in possession of a "THC" vape cartridge. Due to Mr. Bruce informing me of the possibility of a "THC" cartridge on his person prior to entering the facility he would not be getting an extra charge. Officer Bradshaw with the Garza County Jail escorted Mr. Bruce into a holding cell in which Mr. Bruce was able to locate the cartridge inside of his pants. The "THC" cartridge was later examined and observed to be empty. The "THC" cartridge will be placed into a separated evidence bag.

24. While at the Garza County Sheriff's Office, the suspected (2) full "THC" cartridges were weighed using a digital scale and sowed to have an aggregate weight of 29.73 grams. The green leafy marijuana was tested using a marijuana field test kit and showed to have a positive reaction for marijuana. The marijuana was then weighed in its container and showed to have an aggregate weight of 1.42 ounces.

25. The marijuana and empty "THC" vape cartridges will be placed into an evidence bag and placed into the evidence room until further notice. The (2) full "THC" vape cartridges will be placed into evidence bags and will be sent to NMS Labs for further analysis. The weapons and ammo will be also placed into evidence until further notice.

26. Mr. Bruce will be charged with: HSC.SEC: 481.116(d) Possession of Controlled Substance PG 2 GT=4grams LT 400grams, HSC.SEC: 481.121(b)(3) Possession of Marijuana LT 2 ounces, and PC.SEC: 46.02 Unlawfully Carrying Weapons.

- Nothing further at this time

- End of report

OFFICER
SIGNATURE:

# Exhibit 4

To the Honorable Court,

I am writing you in regards to the release of my son Kaleb Cole. If released, Kaleb would be staying at my residence. I firmly believe that Kaleb is not a danger to the community as he not a dangerous person. In fact, Kaleb is a good young man, with a kind and giving heart.

I also firmly believe that Kaleb would not flee because he wants to go through the process, and get this matter resolved in a proper and positive manner. He also would not flee because he would be staying with myself and family and this is a safe place for Kaleb to stay.

I want to also say that Kaleb would not obstruct justice in any way, because he just wants to get this matter resolved and move forward with his life in a positive manner.

I sincerely hope that you will consider these points in regards to releasing Kaleb Cole. I will also make sure Kaleb attends all court proceedings in the future.

Best Regards,

Earl Cole

EARL COLE

To The Honorable Court,

     I am writing you on behalf of my grandson, Kaleb Cole. Kaleb is a fine young man who has been very much a part of our lives since he was born. He has always been honest, helpful, hard working, caring, and he always keeps his word.

     If released, Kaleb would be staying with his Dad and would follow the directions of the court, and there is no doubt about that.

     Kaleb is not a violent person and would not present a threat to anyone. Since he was little he has often spent weeks at a time with us in the summer. I can easily say that I would completely trust him with anything I have or in any situation. Even as a young, working adult he has always taken the time to call us once or twice a week. When we moved to a new place, he took time off work and came to help us paint our home. Our friends love him too + enjoy time he spends with us. He is thoughtful, respectful, and really listens when you talk to him. He appreciates the wisdom of age and experience.

     I know Kaleb wants to resolve this situation and move on with his life in a positive and productive way.

     Please consider my request for Kaleb's release. I love my Grandson, and I know he is a man of integrity. He will respect the rules and guidlines of the court.

     Thank you, and God Bless Your Day,

JoAnne Powell
JoAnne Powell

**To the Honorable Court**

**Subject: Letter of support for Kaleb Cole**

As his grandfather, I have known Kaleb Cole since his birth and watched him become a fine young man of honor and present the following for your consideration:

Kaleb has always been a productive, independent individual, who has never presented a problem to anyone, but is trying to get ahead in this world through hard work and perseverance.

Therefore, I do not believe that Kaleb would pose a danger to the community if released, because my past experience with him has proven to me that he is <u>not</u> a man of violence.  I have never known him to perform a violent act or to be involved in a violent act.

Since Kaleb's family lives mostly in the Seattle area, he has ties to the area and would <u>not</u> flee from the support system that is behind him. He wishes to follow this event through the legal process and then return to a normal productive life.

I have never known Kaleb to threaten or intimidate anyone.  He has always been respectful to his family, his friends, family friends and acquaintances.  Therefore, I expect none of that type of behavior happening in the future or under the current circumstances.

I believe Kaleb Cole to be an honorable, friendly, respectful, hardworking, and nonviolent person, who displays these attributes to the local community, country, and world.

In summary, I believe that Kaleb Cole does <u>not</u> represent a threat to anyone or the community at large.

Humbly submitted,

Kenneth W. Powell