The Honorable Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALEB COLE,<br><br>Defendant. | NO. CR20-032JCC<br><br>GOVERNMENT'S NOTICE OF FILING PHYSICAL MATERIALS WITH THE CLERK |

The United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Thomas Woods, Assistant United States Attorney for said District, hereby gives notice with the Clerk of this Court that video Exhibits A and B of the Government's Response to Defendant's Motion to Reopen Detention Hearing are being filed in physical form with the Clerk's Office for the Western District of Washington. The exhibits will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

//
//
//

Government's Notice of Filing Physical Materials with the Clerk
*United States v. Cole*, CR20-032JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 22nd day of May, 2020. |
| 2 | Respectfully submitted, |
| 3 | |
| 4 | BRIAN T. MORAN<br>United States Attorney |
| 5 | |
| 6 | *s/ Thomas M. Woods*<br>THOMAS M. WODS |
| 7 | Assistant United States Attorney |
| 8 | United States Attorney's Office<br>700 Stewart Street, Suite 5220 |
| 9 | Seattle, Washington 98101-3903 |

Government's Notice of Filing Physical Materials with the Clerk
*United States v. Cole*, CR20-032JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/ Courtney Goertzen*
COURTNEY GOERTZEN
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Government's Notice of Filing Physical Materials with the Clerk
*United States v. Cole*, CR20-032JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970