The Honorable Paula L. McCandlis

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALEB COLE,<br><br>Defendant. | NO. CR20-032JCC<br><br>SUPPLEMENTAL VICTIM IMPACT STATEMENT |

The United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Thomas Woods, Assistant United States Attorney for said District, hereby submits a supplemental victim impact statement that the government recently received authorization to file in connection with the pending hearing regarding the defendant's motion to reopen detention. The government is filing this statement as Exhibit D to its opposition to the defendant's motion to reopen.

//
//
//

Government's Supplemental Victim Impact Statement
*United States v. Cole*, CR20-032JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 4th day of June, 2020. |
| 2 | Respectfully submitted, |
| 4 | BRIAN T. MORAN<br>United States Attorney |
| 6 | *s/ Thomas M. Woods*<br>THOMAS M. WODS |
| 7 | Assistant United States Attorney |
| 8 | United States Attorney's Office<br>700 Stewart Street, Suite 5220 |
| 9 | Seattle, Washington 98101-3903 |

Government's Supplemental Victim Impact Statement
*United States v. Cole*, CR20-032JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/ Courtney Goertzen*
COURTNEY GOERTZEN
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Government's Supplemental Victim Impact Statement
*United States v. Cole*, CR20-032JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970