The Honorable Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KALEB COLE, <br><br> Defendant. | NO. CR20-032JCC <br><br> **GOVERNMENT'S MOTION TO SEAL SUPPLEMENTAL VICTIM IMPACT STATEMENT** <br><br> **NOTE ON MOTION CALENDAR:** <br> **June 5, 2020** |

The United States, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Thomas Woods, Assistant United States Attorney for said District, respectfully moves to seal Exhibit D to the Government's Opposition to the Defendant's Motion to Reopen Detention. Exhibit D consists of a supplemental victim impact statement. The statements should be sealed to avoid the possibility that individuals associated with the group that perpetrated the scheme in this case would further harass, intimidate, or harm the victim.

//
//
//

Government's Motion to Seal Supplemental Victim Impact Statement
*United States v. Cole*, CR20-032JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 4th day of June 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903

Government's Motion to Seal Supplemental Victim Impact Statement
*United States v. Cole*, CR20-032JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

     *s/ Courtney Goertzen*
COURTNEY GOERTZEN
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Government's Motion to Seal Supplemental Victim Impact Statement
*United States v. Cole*, CR20-032JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970