The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KALEB COLE,<br><br>    Defendant. | NO. CR20-032JCC<br><br>GOVERNMENT'S MOTION REGARDING CERTAIN CUSTOMS AND BORDER PROTECTION DOCUMENTS REGARDING KALEB COLE<br><br>NOTE ON MOTION CALENDAR:<br>July 17, 2020 |

The United States moves pursuant to Rule 16(d)(1) for a protective order restricting the dissemination of a limited amount of discovery in this matter pertaining to Kaleb Cole. The documents relate to an encounter that law enforcement had with Cole prior to the time that the plot in this case came into existence. Although the materials arguably are not discoverable, the government wishes to produce the materials to the defense out of an abundance of caution. The materials, however, relate to a sensitive law enforcement technique that the investigative agency wishes to protect, and not be widely disseminated.

Accordingly, the government proposes the attached protective order which (1) grants Cole and his defense team access to the material; (2) restricts the dissemination of

Motion for Protective Order regarding Discovery Materials
*United States v. Shea, et al.*, CR20-032JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | the materials outside the defense team; (3) requires that the materials either be returned or
2 | destroyed at the end of the pendency of the case, including any appeals.

DATED: July 7, 2020

                                    Respectfully submitted,

                                    BRIAN T. MORAN
                                  United States Attorney

                                  */s/ Thomas M. Woods*
                                  THOMAS M. WOODS
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  700 Stewart Street, Suite 5220
                                  Seattle, Washington 98101-1271
                                  Telephone: (206) 553-7970
                                  Email: Thomas.Woods2@usdoj.gov

Motion for Protective Order regarding Discovery Materials
*United States v. Shea, et al.*, CR20-032JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/Teresa Hierro-Terrell*
TERESA HIERRO-TERRELL
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2272
E-mail: Teresa.Hierro-Terrell@usdoj.gov

Motion for Protective Order regarding Discovery Materials
*United States v. Shea, et al.*, CR20-032JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970