The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALEB COLE,<br><br>Defendant. | No. CR20-032 JCC<br><br>DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER |

Defendant Kaleb Cole, by undersigned counsel, notes his non-opposition to the Government's motion for a discovery protective order (Dkt. No. 85) and has no objection to the form of the proposed order (Dkt. No. 85-1).

Respectfully submitted this 7th day of July, 2020.

BLACK & ASKEROV, PLLC

<u>s/ Christopher Black</u>
Christopher Black
Attorney for Kaleb Cole
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
Phone: 206.623.1604
Fax: 206.658.2401
Email: chris@blacklawseattle.com

DEFENDANT'S RESPONSE TO GOVERNMENT'S
MOTION FOR PROTECTIVE ORDER
(*Kaleb Cole*; No. CR20-032 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401