THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0032-JCC |
| Plaintiff, | ORDER |
| v. | |
| KALEB COLE, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion for a discovery protective order (Dkt. No. 85). Having thoroughly considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and ORDERS as follows:

1. This order governs all discovery material in any format that is produced by the Government in discovery in the above-captioned case and that bears the stamp "CBP Protected Materials."
2. The Government will make available copies of these materials to Defendant's attorney. Possession of copies of the CBP Protected Material is limited to Defendant; attorneys of record; and investigators, paralegals, law clerks, experts, and assistants for the attorneys of record (collectively, "members of the defense team").
3. Defendant, attorneys of record, and members of the defense team acknowledge that

providing copies of the CBP Protected Materials to other persons is prohibited and agree not to duplicate or provide copies of the CBP Protected Material to other persons.

4. Defendant may petition the Court to modify or terminate this order upon further review of the CBP Protected Materials.

5. This order does not impose any discovery obligations on the Government or Defendant that are different from those imposed by case law, Rule 16 of the Federal Rules of Criminal Procedure, and the Western District of Washington Local Criminal Rules.

6. Any CBP Protected Material that is filed with the Court in connection with pretrial motions, trial, sentencing, or any other matter before the Court must be filed under seal and will remain sealed until otherwise ordered by the Court. This provision does not entitle any party to seal their filings as a matter of course. The parties must comply in all respects to the relevant Local and Federal Rules of Criminal Procedure pertaining to the sealing of court documents.

7. The CBP Protected Material may be used only in connection with this litigation and must either be returned to the Government or destroyed at the final conclusion of the case, including any appeals. The provisions of this order will not terminate at the conclusion of this prosecution.

DATED this 21st day of July 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE