The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KALEB COLE, <br><br> Defendant. | NO. CR20-032JCC <br><br> ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO FILE AN OVERLENGTH BRIEF IN OPPOSITION TO THE MOTION TO SUPPRESS |

The Government's Motion to File an Overlength Brief in Opposition to the Motion to Suppress is HEREBY granted.

DATED this 20th day of August 2021.

_/s/ John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE