The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KALEB COLE,<br><br>　　　　Defendant. | No. CR20-032 JCC<br><br>UNOPPOSED MOTION TO PERMIT OVERLENGTH BRIEF<br><br>Note on Motion Calendar:<br>September 3, 2021 |

　　　Defendant, Kaleb Cole, by his counsel, Christopher Black, respectfully requests that the Court permit the filing of his overlength motion to suppress evidence. The motion is 16 pages in length and exceeds the 12-page limit prescribed in LCrR 12(b)(5) because 1) the motion rests on multiple grounds and 2) the nature of the motion requires an extensive analysis of the facts and the law. The government does not object to this request to file an overlength brief.

UNOPPOSED MOTION TO PERMIT OVERLENGTH
BRIEF (*Kaleb Cole*; No. CR20-032 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

1 | Respectfully submitted this 23rd day of August, 2021.

BLACK & ASKEROV, PLLC

*[signature]*

Christopher Black, WSBA No. 31744
Attorney for Kaleb Cole
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:          206.623.1604
Fax:             206.658.2401
Email:          chris@blacklawseattle.com

UNOPPOSED MOTION TO PERMIT OVERLENGTH
BRIEF (*Kaleb Cole*; No. CR20-032 JCC) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401