The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR20-032 JCC |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO PERMIT OVERLENGTH BRIEF |
| v. | |
| KALEB COLE, | |
| Defendant. | |

This matter comes before the Court upon Defendant's motion to permit the filing of an overlength motion to suppress evidence. The Court hereby grants this request for the reasons outlined in the motion and permits the filing of defendant's 16-page motion to suppress.

DONE THIS _____ day of _____, 2021.

_____
The Honorable John C. Coughenour
United States District Court Judge

Respectfully submitted,

BLACK & ASKEROV, PLLC

_____
Christopher Black, WSBA No. 31744
Attorney for Kaleb Cole

ORDER GRANTING UNOPPOSED MOTION TO
PERMIT OVERLENGTH BRIEF
(*Kaleb Cole*; No. CR20-032 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401