The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-032JCC |
| Plaintiff, | **GOVERNMENT'S EXHIBIT LIST** |
| v. | |
| KALEB COLE, | |
| Defendant. | |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Thomas M. Woods and Seth Wilkinson, Assistant United States Attorneys, respectfully submits this second exhibit list.  The government reserves the right to supplement this list, and to introduce any exhibits listed by the defense on its exhibit list.

### 0-99 Series: Search of Cole's Texas Residence

1. Map of house
2. Photograph of front of house
3. Photograph of living room 1
4. Photograph of living room 2
5. Photograph of Cole's room—AWD flag

Government's Exhibit List
*U.S. v. Cole*, CR20-032JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. Photograph of Cole's room—AWD flag
7. Photograph of AWD flag from Cole's room
8. Photograph of AWD flag from living room closet
9. Photograph of AWD patch from living room
10. Photograph of Cole's room—Nazi flag
11. Photograph of Cole's room—Position of desk
12. Photograph of Cole's room—Cole's desk, HP laptop and Dell Desktop
13. Photograph of wallet on Cole's desk
14. Photograph of identity cards from Cole's room 1
15. Photograph of identity cards from Cole's room 2
16. Photograph of identity cards from Cole's room 3
17. Photograph of Cole's passport found in his room 1
18. Photograph of Cole's passport found in his room 2
19. Photograph of thumbdrives from Cole's room 1 and Dell desktop
20. Photograph of thumbdrives on desk in Cole's room 2, and Dell Dektop
21. Photograph of position of Cole's closet
22. Photograph of Cole's closet
23. Photograph of AWD jackets in Cole's closet
24. Photograph of Cole's car
25. Cole's car registration
26. Photograph of skull masks from Cole's car

**100 Series: Encrypted Communications Regarding the Plot**

100. Chats between Krokodil and Swiss Discipline
101. Operation Erste Saule chats—set 1
102. Operation Erste Saule chats—set 2
103. Operation Erste Saule chats—set 3
104. Operation Erste Saule chats—set 4

Government's Exhibit List
*U.S. v. Cole*, CR20-032JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 105. | Operation Erste Saule chats—set 5 |
| 106. | Operation Erste Saule chats—set 6 |
| 107. | Operation Erste Saule chats—set 7 |
| 108. | Operation Erste Saule chats—set 8 |
| 109. | Operation Erste Saule chats—set 9 |
| 110. | Operation Erste Saule chats—set 10 |

**200 Series: January 9, 2020 Audio and Video at Cole's Residence**

| | |
|---|---|
| 200. | Audio 1 – Greeting |
| 201. | Audio 2 – Cole talks about Extreme Risk Protection Order |
| 202. | Audio 3 – Cole talks about C.I. |
| 203. | Audio/Video 4 – Cole talks about the plot |
| 204. | Audio 5 – Cole talks about the plot |
| 205. | Reserved |
| 206. | Reserved |
| 207. | Photograph of Cole from meeting |
| 208. | King 5 video referenced by Cole |

**300 Series: Arizona Victim**

| | |
|---|---|
| 300. | Photograph of front of house 1 |
| 301. | Photograph of bedroom window (side view) |
| 302. | Photograph of bedroom window 1 |
| 303. | Photograph of bedroom window 2 |
| 304. | Photograph of bedroom window 3 |
| 305. | Photograph of Arizona victim poster |
| 306. | Photograph of Arizona victim poster from inside house |
| 307. | Photograph of Arizona victim poster from inside house |

Government's Exhibit List
*U.S. v. Cole*, CR20-032JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**400 Series: Florida Victims**

400. Photograph of front of Florida house
401. Close up photograph of Florida house where poster had been hanging
402. Photograph of Florida victim poster
403. Photograph of back of Florida poster showing glue mark

**500 Series: Washington Victims**

500. Photograph of envelope addressed to C.I.
501. Photograph of C.I. poster
502. Photograph of envelope addressed to M.C.
503. Photograph of M.C. poster
504. Photograph of envelope addressed to H.B.
505. Photograph of H.B. poster

**600 Series: Materials Tying Cole to Moniker**

600. Cipher found in Cole's cell
601. Documents found in Cole's cell regarding use of cipher
602. October 17, 2021 chat between Cole and Swiss Discipline
603. November 8, 2019 chat between Cole and others
604. King 5 article linked in Exhibit 603
605. December 2019/January 2020 chat between Cole and others
606. Audio recording of August 24, 2019 Nuclear Congress—Clip 1
607. Audio recording of August 24, 2019 Nuclear Congress—Clip 2

**700 Series: Miscellaneous**

700. November 1, 2019 Nuclear Congress chat
701. September 15, 2018 recording of Cole speaking
702. Photograph of Shea purchasing stamps from Fred Meyer

Government's Exhibit List
*U.S. v. Cole*, CR20-032JCC - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

703. Fred Meyer business record of items purchased by Shea
704. Santa Claus stamps purchased by FBI from Fred Meyer
705. Photograph of Cole and Shea together

**800 Series: Digital Evidence**

800. AWD icon from thumbdrive
801. Slack space data from entry from HP laptop
802. Photo of Cole 1 from HP laptop
803. Photo of Cole 2 from HP laptop with file name ("myselfnadkan.png")
804. Photo used for Cole moniker from HP laptop
805. Slack space data from Dell laptop
806. Screenshots of forensic search results from seized devices
807. Summary of data found in slack space
808. Demonstrative exhibit depicting slack space

DATED: September 13, 2021

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Thomas M. Woods*
THOMAS M. WOODS
SETH WILKINSON
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970

Government's Exhibit List
*U.S. v. Cole*, CR20-032JCC - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on September 13, 2021, I electronically filed the foregoing |
| 3 | with the Clerk of the Court using the CM/ECF system, which will send notification of |
| 4 | such filing to all registered parties. |

*s/ Thomas Woods*
THOMAS WOODS
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:    (206) 553-4440

Government's Exhibit List
*U.S. v. Cole*, CR20-032JCC - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970