The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KALEB COLE,<br><br>    Defendant. | No. CR20-032 JCC<br><br>DEFENDANT'S OBJECTIONS TO GOVERNMENT'S PROPOSED SOUND CLIP EXHIBITS |

Defendant, Kaleb Cole, by undersigned counsel, respectfully submits the following objections to a number of the government's proposed sound clips (as set forth below). Counsel will raise objections during the course of trial but submits these written objections as well as the transcripts corresponding to the government's proposed exhibits (filed under seal) in order to hopefully expedite the Court's consideration of, and ruling on, the objections.

<u>Objections</u>

The defense objects to the introduction of the portion of **Government Exhibit 201** occurring prior to page 4, line 7 of the corresponding transcript on the basis that the statements are irrelevant to the charges and highly prejudicial to Mr. Cole, as they involve a discussion of the possession of firearms.

DEFENDANT'S OBJECTIONS TO
GOVERNMENT'S PROPOSED SOUND CLIP
EXHIBITS (*Kaleb Cole*; No. CR20-032 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

The defense objects to the introduction of the portion of **Government Exhibit 202** occurring prior to page 3, line 5 of the corresponding transcript on the basis that the statements are irrelevant to the charges and highly prejudicial to Mr. Cole, as they involve a discussion of the possession of firearms.

The defense objects to the introduction of the portion of **Government Exhibit 606** occurring after page 2, line 10 of the corresponding transcript on the basis that the statements are irrelevant to the charges and highly prejudicial to Mr. Cole, as they involve a discussion of him being in jail.

The defense objects to the introduction of the portions of **Government Exhibit 607** occurring prior to page 10, line 10, and after page 11, line 18, of the corresponding transcript on the basis that the statements are irrelevant to the charges and highly prejudicial to Mr. Cole, as they involve a discussion of him being in jail and being deported from Canada.

The defense objects to the introduction of **Government Exhibit 701** in its entirety as it relates to statements allegedly made by Mr. Cole more than a year prior to the activities underlying the charges in this matter and therefore creates a danger of prejudice and of confusing the jury.

DEFENDANT'S OBJECTIONS TO
GOVERNMENT'S PROPOSED SOUND CLIP
EXHIBITS (*Kaleb Cole*; No. CR20-032 JCC) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

Respectfully submitted this 26th day of September, 2021.

BLACK & ASKEROV, PLLC

*/s/*

Christopher Black, WSBA No. 31744
Email: chris@blacklawseattle.com

*s/ Teymur Askerov*
Teymur Askerov, WSBA No. 45391
Email: tim@blacklawseattle.com

Attorneys for Kaleb Cole
705 Second Avenue, Suite 1111
Seattle, WA 98104
Phone: 206.623.1604
Fax: 206.658.2401