The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KALEB COLE,<br><br>    Defendant. | No. CR20-032 JCC<br><br>MOTION TO SEAL EXHIBITS TO DEFENDANT'S OBJECTION TO GOVERNMENT'S PROPOSED SOUND CLIP EXHIBITS<br><br>Note for Consideration:<br>October 8, 2021 |

Defendant, Kaleb Cole, by undersigned counsel, respectfully moves to seal the exhibits to his objections to the Government's proposed sound clip exhibits on the basis that they contain information pertaining to confidential sources. The defense requests that the exhibits, which will be filed under seal subsequent to this motion, be allowed to remain under seal due to the nature of their contents.

---

MOTION TO SEAL EXHIBITS TO DEFENDANT'S OBJECTION TO GOVERNMENT'S PROPOSED SOUND CLIP EXHIBITS
(*Kaleb Cole*; No. CR20-032 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

Respectfully submitted this 26th day of September, 2021.

BLACK & ASKEROV, PLLC

_____
Christopher Black, WSBA No. 31744
Email: chris@blacklawseattle.com

*s/ Teymur Askerov*
Teymur Askerov, WSBA No. 45391
Email: tim@blacklawseattle.com

Attorneys for Kaleb Cole
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:       206.623.1604
Fax:           206.658.2401

MOTION TO SEAL EXHIBITS TO DEFENDANT'S OBJECTION TO GOVERNMENT'S PROPOSED SOUND CLIP EXHIBITS
(*Kaleb Cole*; No. CR20-032 JCC) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401