THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KALEB COLE,<br><br>　　　　　　　Defendant. | CASE NO. CR20-0032-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Kaleb Cole's objections to the Government's planned introduction at trial of portions of Exhibits 201, 202, 606, 607, and 701 (Dkt. No. 231).

Defendant argues the exhibits are irrelevant and/or highly prejudicial. (Dkt. No. 231 at 1–2.) The Government does not oppose Defendant's objections to Exhibits 201 and 202. Therefore, Defendant's motion is GRANTED with respect to Exhibits 201 and 202.

The Government opposes for the remaining exhibits, arguing they are relevant and not unduly prejudicial. The Court agrees. Exhibits 606 and 607 provide circumstantial evidence of Defendant's association with the पकजबतचषथबल moniker. *See* Fed. R. Evid. 402. Moreover, their prejudicial value does not substantially outweigh their probative value. *See* Fed. R. Evid. 403. Accordingly, the Court FINDS that they are admissible. Exhibit 701 is also admissible. It is relevant in demonstrating Defendant's state of mind and motive for targeting the media. *See* Fed.

ORDER
CR20-0032-JCC
PAGE - 1

R. Evid. 402. Defendant's motion is DENIED with respect to Exhibits 606, 607, and 701.

DATED this 27th day of September, 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE