THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0032-JCC |
| Plaintiff, | ORDER |
| v. | |
| KALEB COLE, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. Of the prospective jurors who appeared for the *venire* in this case, three reported that they are not vaccinated against COVID-19. In order to protect the health of the jurors, Court staff, counsel, and the parties, and to ensure the jury in this case can effectively deliberate on the evidence put before it, the Court FINDS good cause to excuse those unvaccinated jurors from the jury panel.

DATED this 27th day of September, 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0032-JCC
PAGE - 1