Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALEB COLE,<br><br>Defendant. | No. CR20-32-2 JCC<br><br>DEFENDANT'S PEREMPTORY CHALLENGES |

Please indicate challenges in the space provided below by name and number.

1. ▮
2. ▮
3. ▮
4. ▮
5. ▮
6. ▮
7. ▮

_____
Signature of Counsel

9/27/2021
Date Signed

DEFENDANT'S PEREMPTORY CHALLENGES – 1