Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KALEB COLE,<br><br>    Defendant. | No. CR20-32-2 JCC<br><br>GOVERNMENT'S<br>PEREMPTORY CHALLENGES |

Please indicate challenges in the space provided below by name and number.

1. ███
2. ███
3. ███
4. ███
5. ███
6. ███

_C. S____
Signature of Counsel

9/27/21
Date Signed

GOVERNMENT'S PEREMPTORY CHALLENGES – 1