# *United States of America v. Kaleb Cole*
# CR20-32-2 JCC

## Trial Exhibit List

| NO. | DESCRIPTION | ADMITTED/REFUSED | DATE ADMITTED/REFUSED | NOTES |
|---|---|---|---|---|
| 1 | Map of house | Admitted | 9/28/2021 | |
| 2 | Photograph of front of house | Admitted | 9/27/2021 | |
| 3 | Photograph of living room 1 | Admitted | 9/28/2021 | |
| 4 | Photograph of living room 2 | Admitted | 9/28/2021 | |
| 5 | Photograph of Cole's room—AWD flag | Admitted | 9/28/2021 | |
| 6 | Photograph of Cole's room—AWD flag | Admitted | 9/28/2021 | |
| 7 | Photograph of AWD flag from Cole's room | Admitted | 9/28/2021 | |
| 8 | Photograph of AWD flag from living room closet | Admitted | 9/28/2021 | |
| 9 | Photograph of AWD patch from living room | Admitted | 9/28/2021 | |
| 10 | Photograph of Cole's room—Nazi flag | Admitted | 9/28/2021 | |
| 11 | Photograph of Cole's room—Position of desk | Admitted | 9/28/2021 | |
| 12 | Photograph of Cole's room—Cole's desk, HP laptop and Dell Desktop | Admitted | 9/28/2021 | |
| 13 | Photograph of wallet on Cole's desk | Admitted | 9/28/2021 | |
| 14 | Photograph of identity cards from Cole's room 1 | Admitted | 9/28/2021 | |
| 15 | Photograph of identity cards from Cole's room 2 | Admitted | 9/28/2021 | |
| 16 | Photograph of identity cards from Cole's room 3 | Admitted | 9/28/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 17 | Photograph of Cole's passport found in his room 1 | Admitted | 9/28/2021 | |
| 18 | Photograph of Cole's passport found in his room 2 | Admitted | 9/28/2021 | |
| 19 | Photograph of thumbdrives from Cole's room 1 and Dell desktop | Admitted | 9/28/2021 | |
| 20 | Photograph of thumbdrives on desk in Cole's room 2, and Dell Dektop | Admitted | 9/28/2021 | |
| 21 | Photograph of position of Cole's closet | Admitted | 9/28/2021 | |
| 22 | Photograph of Cole's closet | Admitted | 9/28/2021 | |
| 23 | Photograph of AWD jackets in Cole's closet | Admitted | 9/28/2021 | |
| 24 | Photograph of Cole's car | Admitted | 9/28/2021 | |
| 25 | Cole's car registration | Admitted | 9/28/2021 | |
| 26 | Photograph of skull masks from Cole's car | Admitted | 9/28/2021 | |
| 27 – 99 | [RESERVED] | | | |
| 100 | Chats between Krokodil and Swiss Discipline | Admitted | 9/28/2021 | |
| 101 | Operation Erste Saule chats—set 1 | Admitted | 9/28/2021 | |
| 102 | Operation Erste Saule chats—set 2 | Admitted | 9/28/2021 | |
| 103 | Operation Erste Saule chats—set 3 | Admitted | 9/28/2021 | |
| 104 | Operation Erste Saule chats—set 4 | Admitted | 9/28/2021 | |
| 105 | Operation Erste Saule chats—set 5 | Admitted | 9/28/2021 | |
| 106 | Operation Erste Saule chats—set 6 | Admitted | 9/28/2021 | |
| 107 | Operation Erste Saule chats—set 7 | Admitted | 9/28/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 108 | Operation Erste Saule chats—set 8 | Admitted | 9/28/2021 | |
| 109 | Operation Erste Saule chats—set 9 | Admitted | 9/28/2021 | |
| 110 | Operation Erste Saule chats—set 10 | Admitted | 9/28/2021 | |
| 111 | Email dated January 7, 2020 with attachments | Admitted | 9/28/2021 | |
| 112 – 199 | [RESERVED] | | | |
| 200 | Audio 1 – Greeting | Admitted | 9/27/2021 | |
| 201 | Audio 2 – Cole talks about Extreme Risk Protection Order | | | |
| 202 | Audio 3 – Cole talks about C.I. | Admitted | 9/27/2021 | |
| 203 | Audio/Video 4 – Cole talks about the plot | Admitted | 9/27/2021 | |
| 204 | Audio 5 – Cole talks about the plot | Admitted | 9/27/2021 | |
| 205 – 206 | [RESERVED] | | | |
| 207 | Photograph of Cole from meeting | Admitted | 9/27/2021 | |
| 208 | King 5 video referenced by Cole | Admitted | 9/27/2021 | Not for the truth of the contents |
| 209 – 299 | [RESERVED] | | | |
| 300 | Photograph of front of house 1 | Admitted | 9/28/2021 | |
| 301 | Photograph of bedroom window (side view) | | | |
| 302 | Photograph of bedroom window 1 | | | |
| 303 | Photograph of bedroom window 2 | | | |
| 304 | Photograph of bedroom window 3 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 305 | Photograph of Arizona victim poster | Admitted | 9/28/2021 | |
| 306 | Photograph of Arizona victim poster from inside house | | | |
| 307 | Photograph of Arizona victim poster from inside house | Admitted | 9/28/2021 | |
| 308 – 399 | [RESERVED] | | | |
| 400 | Photograph of front of Florida house | | | |
| 401 | Close up photograph of Florida house where poster had been hanging | | | |
| 402 | Photograph of Florida victim poster | Admitted | 9/28/2021 | |
| 403 | Photograph of back of Florida poster showing glue mark | | | |
| 404 – 499 | [RESERVED] | | | |
| 500 | Photograph of envelope addressed to C.I. | Admitted | 9/27/2021 | |
| 501 | Photograph of C.I. poster | Admitted | 9/27/2021 | |
| 502 | Photograph of envelope addressed to M.C. | Admitted | 9/27/2021 | |
| 503 | Photograph of M.C. poster | Admitted | 9/27/2021 | |
| 504 | Photograph of envelope addressed to H.B. | Admitted | 9/28/2021 | |
| 505 | Photograph of H.B. poster | Admitted | 9/28/2021 | |
| 506 – 599 | [RESERVED] | | | |
| 600 | Cipher found in Cole's cell | Admitted | 9/28/2021 | |
| 601 | Documents found in Cole's cell regarding use of cipher | Admitted | 9/28/2021 | |
| 602 | October 17, 2021 chat between Cole and Swiss Discipline | Admitted | 9/28/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 603 | November 8, 2019 chat between Cole and others | Admitted | 9/28/2021 | |
| 604 | King 5 article linked in Exhibit 603 | Admitted | 9/27/2021 | Not for the truth of the contents |
| 605 | December 2019/January 2020 chat between Cole and others | Admitted | 9/28/2021 | |
| 606 | Audio recording of August 24, 2019 Nuclear Congress—Clip 1 | Admitted | 9/27/2021 | |
| 607 | Audio recording of August 24, 2019 Nuclear Congress—Clip 2 | Admitted | 9/27/2021 | |
| 608 – 699 | [RESERVED] | | | |
| 700 | November 1, 2019 Nuclear Congress chat | | | |
| 701 | September 15, 2018 recording of Cole speaking | Admitted | 9/28/2021 | |
| 702 | Photograph of Shea purchasing stamps from Fred Meyer | | | |
| 703 | Fred Meyer business record of items purchased by Shea | | | |
| 704 | Santa Claus stamps purchased by FBI from Fred Meyer | | | |
| 705 | Photograph of Cole and Shea together | | | |
| 706 | Photograph of LaBianca crime scene with "Death to Pigs" | Refused | 9/28/2021 | |
| 707 – 799 | [RESERVED] | | | |
| 800 | AWD icon from thumbdrive | | | |
| 801 | Slack space data from entry from HP laptop | | | |
| 802 | Photo of Cole 1 from HP laptop | Admitted | 9/28/2021 | |
| 803 | Photo of Cole 2 from HP laptop with file name ("myselfnadkan.png") | Admitted | 9/28/2021 | |
| 804 | Photo used for Cole moniker from HP laptop | Admitted | 9/28/2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 805 | Slack space data from Dell laptop | Admitted | 9/28/2021 | |
| 806 | Screenshots of forensic search results from seized devices | | | |
| 807 | Summary of data found in slack space | Admitted | 9/28/2021 | |
| 808 | Demonstrative exhibit depicting slack space | | | |