THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0032-JCC |
| Plaintiff, | VERDICT FORM |
| v. | |
| KALEB COLE, | |
| Defendant. | |

## COUNT 1
## CONSPIRACY

As to the offense of Conspiracy, as charged in Count 1, we, the jury, unanimously find the defendant:

NOT GUILTY_____          GUILTY _____✓_____

## COUNT 2
## MAILING THREATENING COMMUNICATIONS

As to the offense of Mailing Threatening Communications, with respect to C.I., as charged in Count 2, we, the jury, unanimously find the defendant:

NOT GUILTY_____          GUILTY _____✓_____

## COUNT 3
## MAILING THREATENING COMMUNICATIONS

As to the offense of Mailing Threatening Communications, with respect to M.C., as charged in Count 3, we, the jury, unanimously find the defendant:

NOT GUILTY_____          GUILTY _____✓_____

## COUNT 4
## MAILING THREATENING COMMUNICATIONS

As to the offense of Mailing Threatening Communications, with respect to H.B., as charged in Count 4, we, the jury, unanimously find the defendant:

NOT GUILTY_____          GUILTY _____✓_____

## COUNT 5
## INTERFERENCE WITH FEDERALLY-PROTECTED ACTIVITY

As to the offense of Interference with Federally-Protected Activity, with respect to M.C., as charged in Count 5, we, the jury, unanimously find the defendant:

NOT GUILTY_____          GUILTY _____✓_____

DATED this 29 day of June, 2021.

███████████████████████
Foreperson of the Jury