The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALEB COLE,<br><br>Defendant. | No. CR20-032 JCC<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS TO DEFENDANT'S OBJECTION TO GOVERNMENT'S PROPOSED SOUND CLIP EXHIBITS |

THIS MATTER comes before the Court upon the defendant's motion to seal the exhibits to his objections to the Government's proposed sound clip exhibits (Dkt. No. 232). Having considered the entirety of the records and file herein, the Court hereby grants this motion. It is ORDERED that the exhibits (Dkt. No. 233) be allowed to remain under seal due to the nature of their contents.

DATED this 15th day of October 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

//

//

ORDER GRANTING MOTION TO SEAL EXHIBITS TO DEFENDANT'S OBJECTION TO GOVERNMENT'S PROPOSED SOUND CLIP EXHIBITS (*Kaleb Cole*; No. CR20-032 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

1  Presented by:

2  BLACK & ASKEROV, PLLC

3  _____

4  Christopher Black
   Attorney for Kaleb Cole

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING MOTION TO SEAL EXHIBITS
TO DEFENDANT'S OBJECTION TO
GOVERNMENT'S PROPOSED SOUND CLIP
EXHIBITS (*Kaleb Cole*; No. CR20-032 JCC) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401