The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KALEB COLE, <br><br> Defendant. | NO. CR20-032JCC <br><br> **ORDER GRANTING GOVERNMENT'S MOTION TO PARTIALLY SEAL CERTAIN EXHIBITS AND SUBSTITUTE REDACTED COPIES IN PLACE THEREOF** <br><br> (~~PROPOSED~~) |

The Government's Motion to Partially Seal Certain Trial Exhibits and Substitute Redacted Copies in Place (Dkt. No. 255) is HEREBY granted. The Government has set forth compelling reasons to seal Exhibits 200, 202, 203, and 204, given they contain the undercover officer's voice, and therefore these Exhibits shall be sealed. The Government is ordered to create substitute copies of these exhibits for the public record that mute the undercover officer's voice, but include a full transcript of the officer's words.

//
//
//
//
//

DATED this 15th day of October 2021.

*signature*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney