The Honorable John C. Coughenour

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KALEB COLE,

Defendant.

CASE NO. CR20-032JCC

**GOVERNMENT'S SENTENCING
MEMORANDUM**

Kaleb Cole helped lead a violent, nationwide neo-Nazi group that was responsible
for multiple murders.  He repeatedly promoted violence, releasing promotional videos
showing men in skull masks spewing racial epitaphs while firing military-style assault
weapons.   He organized "hate camps" where men from around the country met to train
for combat and to plan for a future "race war."  He stockpiled an arsenal of dangerous
weapons, and fled to Texas after his weapons were seized by law enforcement, later
acquiring a new assault rifle.  He traveled overseas to meet with extremists, in an effort to
build an international network of violent neo-Nazis.

When journalists and members of the Anti-Defamation League started to expose
what Cole and his cohorts were planning and doing, Cole retaliated by terrorizing these
people.  He directed that members target these individuals with messages of violence at

their homes.  He created a poster for a Seattle journalist who had covered him that showed men pointing guns at the head of a journalist and a bloody image from the site of one of the Charles Manson murders.  Other victims received equally violent messages.

As the Court observed, Cole's crimes caused significant trauma for the victims. Confined to their homes because of the pandemic, the victims lived with the uncertainty over whether anyone would come to their front door and carry out the acts depicted in the posters.  Having seen and heard this testimony, Cole remains defiant and unapologetic, referring post-trial to the case as a "persecution" of him.

Cole is a dangerous, unrepentant man who should be removed from society so that he cannot harm or terrorize others.  He should be punished for his cruelty in wanting his victims to experience fear in their homes.  His followers should be made to understand that making violent threats carries serious consequences.  For all of these reasons, the government recommends that the Court sentence Cole to the top-end of the range, 87 months, and that he be placed on three years of supervised release, subject to the conditions recommended by Probation.

## BACKGROUND

### A.  Cole's Background Extremist Behavior

Kaleb Cole was a leader of the Atomwaffen Division ("AWD"), a neo-Nazi group that advocates violence against Jews and other minorities.  AWD members have been responsible for multiple murders, and have advocated violent acts aimed at overthrowing the government.  AWD came to the attention of law enforcement in May 2017, when D.A. was arrested for murdering two of his roommates near Tampa, Florida.  D.A. had been a member of AWD, as were his roommates.  After his arrest, D.A. admitted to the murders of his two roommates and told investigators he had committed the murders after he had converted to Islam and that the murders were his attempt at keeping the members of AWD from committing planned acts of terror related to the group's ideology.  D.A. claimed AWD had plans to use explosives to damage infrastructure and to commit acts of violence.

After D.A.'s arrest, another roommate, B.R., who was the leader of AWD, was encountered by law enforcement at the residence unharmed.  In the residence, law enforcement found bomb-making precursor chemicals and hexamethylene triperoxide diamine, a high explosive chemical.  B.R. subsequently was convicted of explosives charges.

Following the arrest of B.R., AWD selected Cole, then a resident of Arlington, Washington, and J.D., a resident of Texas, as its leaders.  Members of AWD also formed a relationship with a Denver, Colorado resident who is the writer of the book, "Siege," which serves as the basis for AWD ideology.  The book, which is a collection of neo-Nazi newsletters authored by the Colorado resident, advocates for the leaderless resistance and lone offender strategies as a viable means to accelerate the collapse of the United States Government, which members of the AWD believe to be controlled by Jews and other minorities.

On January 25, 2018, AWD hosted a "Death Valley Hate Camp" in Las Vegas, Nevada, where members trained in hand-to-hand combat and firearms, and created neo-Nazi propaganda videos and pictures of themselves posing with weapons.  Cole coordinated the camp, beginning planning in early October 2017.  A California AWD member was expected to be at this hate camp, but could not attend due to being arrested for the murder of an openly gay Jewish college student.

In December 2018, Cole traveled to Europe, and was inspected upon returning to the United States.  His phone contained a number of highly concerning photographs.  For example, he appears on the right in this photograph, posing with another individual in front of the gates to Auschwitz:



He also had a photograph showing a person in an AWD mask posing in front of a picture of concentration camp victims:



His phone made clear that he had met extremists overseas, as shown by this photograph in which he poses with others before an AWD banner:

Government's Sentencing Memorandum
*U.S. v. Cole*, CR20-032JCC - 4



He also had photographs of weapons, including this one:



1         In September 2019, the Seattle Police Department served an Extreme Risk

2    Protection Order against Cole, given the serious risk that he posed to public safety.

3    Officers seized a stockpile of weapons from him:



4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

After being served the Extreme Risk Protection Order, Cole left Washington State for Texas with fellow AWD member B.A.  On November 4, 2019, police stopped the two of them for speeding.  The officer immediately spotted a large knife in the vehicle's console.  Officers recovered a loaded gun under B.A.'s seat and marijuana from various locations.  Officers also recovered from the trunk three assault rifles, a large quantity of ammunition, and magazines.  B.A. claimed that all of these items belonged to him, but Cole later told an informant that some of the ammunition belonged to him.

 

After the seizure, King County charged Cole with violating the Extreme Risk Protection Order.  Cole told his co-conspirators during a chat that he was actively avoiding the warrant, stating "Well that settles it, I'm not returning," and stating "DAMN RIGHT" when told that the warrant was non-extraditable.  Cole also expressed concern that the FBI had his license plate, and talked about acquiring a car in the future that would not be under his name.

**B. The Offense**

In November 2019, Cameron Shea, a member of AWD, contacted an FBI confidential human source ("CHS") over an encrypted communication service.  Shea, who used the moniker "Krokodil," invited the CHS to participate in an operation to

1   intimate journalists by delivering threatening posters to their homes.  Shea wrote that

2   the "goal" was to "erode the media/states air of legitimacy by showing people they have

3   names and addresses, and hopefully embolden others to act as well."  Shea told the CHS

4   that Cole, who at the time was using the nickname "Khim," was developing "threatening"

5   posters.

6          Shea told the CHS that he had already formed an encrypted chat group titled

7   "Operation Erste Säule."  Cole participated in the chat group using the moniker

8   पकजबतचषथबल, which is made up of Hindi characters.  As reflected by the chats, Cole

9   played three roles in the scheme.

10          First, Cole developed the posters that were used in the operation.  In particular, he

11  circulated a template of a poster that was later used in the operation:



27  Cole later told the group that he had developed three posters—in fact, three posters were

28  later used in the operation:

Second, Cole provided instructions to members as to how to carry out the scheme. Cole directed that "newer initiates," who were not publicly known to belong to AWD, should deliver the posters.   Cole also encouraged members to film the delivery of the posters for propaganda purposes.  Cole also instructed members to take measures to avoid detection, and to surveil the victims' houses in advance of the operation.

Third, Cole participated in selecting the victims, and strategized to maximize the fear they would feel when they received his posters.  As Cole told his followers, the goal was to "intimidate" the victims by causing "frenzy" and instilling "fear":



To maximize his victims' fear, Cole encouraged members to tack rag dolls with a knife on trees at the victims' houses:

Cole also was extensively involved in identifying victims and collecting their information.  In the chat below, he congratulated a co-conspirator for identifying "three jews" as targets:



                              *       *       *



OldScratch

Sadly I couldn't get the address on the 4th guy who was a Jew

पकजबतचषथबल

tis all good

On January 9, 2020, in the midst of Cole's planning of the operation on the encrypted chat service, the CHS and an undercover agent visited Cole at his Texas residence.  During part of the meeting, Cole wore his Ku Klux Klan robe:



1    During the meeting, which was recorded, Cole talked about the plot.  He

2  specifically identified two sets of victims.  First, he identified a member of Seattle's Anti-

3  Defamation League ("ADL").  He also identified a Seattle news reporter.  This reporter

4  had done a series of stories on Cole's involvement in AWD.  Cole also expressed his

5  desire that victims be targeted in their homes to maximize the fear, recalling with

6  fondness an incident where an extremist had stuck a knife in a tree at a victim's home:



```
MR. COLE: And then he took a kitchen knife and stuck it to a fucking
tree nearby.
MALE 2: They got the message.
MR. COLE: That stuff -- that stuff made the news.
MR. DENTON: Yeah, right.
MR. COLE: It was just like, okay, let's recreate that a little bit
maybe.
```

20    On January 25-26, the operation launched.  An AWD member affixed a poster to

21  the bedroom window of a journalist in Arizona associated with a Jewish publication.  The

22  poster depicted a man in a skull mask holding a Molotov cocktail in front of a burning

23  house:



The poster also included the victim's name and home address at the bottom of the poster, along with Atomwaffen's symbol and the message "YOU HAVE BEEN VISITED BY YOUR LOCAL NAZIS."

In Florida, two AWD members affixed the following poster to the house of a person that they wrongly believed belonged to a news reporter who was born in Puerto Rico:





The news reporter's name and home address were listed on the poster, again with the message that "YOU HAVE BEEN VISITED BY YOUR LOCAL NAZIS."  The Florida house that the AWD members targeted in fact belonged to a Black woman who had no connection to the news reporter.

In Washington State, the Seattle news reporter who Cole had targeted received the following poster in the mail, which depicted people pointing guns at a reporter:



The image "Death to Pigs" was lifted from a crime scene photograph taken at the site at one of the Charles Manson murders where the identical message was written in blood:



Cole's selection of the phrase was not coincidental—the reporter had done a story mentioning that Cole had embraced Manson's "race war" ideology.

Finally, two members affiliated with the Seattle ADL received posters in the mail. One of the victims received the Molotov cocktail poster while the other received the "We Are Watching" poster that Cole had circulated to the group during the encrypted chats.

**C. The Search Warrant**

On February 26, 2020, FBI agents arrested Cole and searched his residence. In addition to recovering evidence tying Cole to the scheme, officers recovered from his room an assault rifle:



Officers also recovered a loaded magazine and a host of Nazi and AWD materials. Officers also recovered from Cole's car seven magazines, five of which were loaded, as well as a box of ammunition.

## SENTENCING GUIDELINES

The government concurs with Probation's calculation of the Guidelines. Cole is criminal history category I, and his total offense level is 27, yielding a range of 70-87 months.

The defense disputes two enhancements, but both of them apply. First, Cole claims that he should not receive an increase for being a leader because Shea was the leader of the scheme. In fact, Cole *and* Shea were both leaders of the scheme. *See*

USSG § 3B1.1 n. 4 ("There can, of course, be more than one person who qualifies as a leader or organizer of a criminal association or conspiracy.").  As the Court saw at trial, Cole created and distributed the posters to the AWD members who were participating in the scheme.  He repeatedly gave directions to his followers as to how to implement and hide the scheme.  He personally chose at least two of the victims and instructed others on how they should select victims in their areas.  In light of this conduct, Cole was clearly a "manager" and "organizer" of the scheme.  *Id.* § 3B1.1(a)(1).

Second, Cole objects to the two point enhancement under Section 2A6.2(b)(1) for threatening the use of a "dangerous weapon" on the ground that the poster depicting the Molotov cocktail did not explicitly threaten the use of the Molotov cocktail.  The Court has applied this enhancement with respect to the three prior defendants, and should do so here as well because the poster clearly threatened the use of the Molotov cocktail.  The poster showed a man holding the Molotov cocktail in front of a burning house.  The clear message from the poster was that the sender was prepared to burn down the recipient's house.

In sum, the Court should apply the Guidelines as calculated by Probation.

## SENTENCING ANALYSIS

Cole deserves significantly more punishment in this case relative to his co-conspirators for several reasons:

***First***, Cole, unlike his co-conspirators, was repeatedly associated with violence and firearms.  He stockpiled weapons, fled to Texas after they were seized by law enforcement, and promptly acquired a new assault rifle.  He helped create AWD promotional videos showing AWD members firing assault rifles while spewing racial epithets and promising a "race war":

1
2
3
4
5
6
7
8
9
10



11
12
13
14
15
16
17
18
19
20
21



22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11



12 He helped organize "hate camps" where AWD members engaged in combat and firearms

13 training:

14
15
16
17
18
19
20
21
22
23
24
25
26



27
28



**Second**, Cole has not simply failed to accept responsibility—unlike what his co-conspirator did—but rather he remains defiant and steadfast in his lack of remorse. Indeed, he described the case against him to his mother after trial as a "persecution" against him, and he showed no remorse during his presentence report interview.

**Third,** Cole's role in the scheme was particularly aggravating. He created the posters, choosing the violent images to amplify the fear that victims would feel. He emphasized to his followers the importance of targeting victims at their homes to make them feel unsafe. He repeatedly smirked on camera while discussing the plot with the informant, clearly reveling in the pain that the victims would feel when they received their posters. His cruelty reflects a long-standing hate, captured by his boastful posing in front of the gates of Auschwitz, where over a million Jews and other persecuted individuals were murdered.

For all of these reasons, the government believes that a sentence at the top of the range, 87 months, is appropriate. The Court also should place Cole on three years of supervised release, subject to the conditions recommended by Probation. Cole does not have the ability to pay a fine and thus none should be imposed.

1   DATED:  January 4, 2022

2                              Respectfully submitted,

3                              NICHOLAS BROWN
                             United States Attorney

4

5

6                              */s/ Thomas M. Woods*
                             THOMAS M. WOODS

7                              SETH WILKINSON
                             Assistant United States Attorneys

8                              United States Attorney's Office

9                              700 Stewart Street, Suite 5220
                             Seattle, Washington 98101-1271

10                             Telephone: (206) 553-7970

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Government's Sentencing Memorandum
*U.S. v. Cole*, CR20-032JCC - 21