THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>KALEB COLE,<br><br>                    Defendant. | CASE NO. CR20-0032-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. A sentencing hearing for defendant Kaleb Cole is presently scheduled for 9 a.m. in Courtroom 16206. In light of the public health issues presented by the emergence of the Omicron variant, Chief Judge Martinez recently limited gallery capacity for any proceeding to eight individuals, unless otherwise permitted by the presiding judge for good cause. *See* W.D. Wash. General Order 01-22 (January 7, 2022).

Here, the Court FINDS good cause to allow <u>twelve</u> observers in the gallery for this proceeding. This is based on the nature of the crime (intimidation of journalists) and the resulting public interest. Moreover, public health can be maintained by requiring those observers to show proof of full vaccination (*i.e.*, two shots of Pfizer/Moderna or one shot of Johnson and Johnson) before entering the courtroom. Any persons arriving at the courthouse who cannot be accommodated in Courtroom 16206 will be directed to an overflow courtroom.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Unvaccinated persons wishing to observe are encouraged to do so telephonically, through the Court's teleconference line. The Court's website has further information on accessing this line.

DATED this 10th day of January 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0032-JCC
PAGE - 2