(Rev. 01/2022)

## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Debbie Zurn

Judicial Officer: John C. Coughenour

Case No. 2:20-cr-00032-JCC

Case Name: U.S. v. Shea, et al.

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 1/11/2022 | Sentencing Hearing (Kaleb J. Cole) | |
| | | |
| | | |
| | | |

For Appeal? [✓] No  [ ] Yes     Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | **Requested Delivery Date*** |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| [ ] Ordinary Transcript (30 day) | $3.65 | $ .90 | $ .60 | |
| [✓] 14-Day Transcript (14 day) | $4.25 | $ .90 | $ .60 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.** |
| [ ] Expedited Transcript (7 day) | $4.85 | $ .90 | $ .60 | |
| [ ] 3-Day Transcript (3 day) | $5.45 | $1.05 | $ .75 | |
| [ ] Daily Transcript (next morning) | $6.05 | $1.20 | $ .90 | |
| [ ] Hourly Transcript (same day) | $7.25 | $1.20 | $ .90 | |
| [ ] Realtime Transcript | $3.05 | ------- | ------- | |

[✓] PDF (default delivery format)

Email address for delivery of PDF transcript: Thomas.Woods2@usdoj.gov

Additional Comments:

| Contact Information | |
|---|---|
| Name: | Thomas Woods |
| Phone: | 206-553-7970    Email: Thomas.Woods2@usdoj.gov |
| Firm: | United States Attorney's Office - Western District of Washington |
| Street Address: | 700 Stewart Street, Suite 5220 |
| City/State/Zip: | Seattle, WA 98101 |
| Billing Reference # (if applicable): | CI121 |

s/ Courtney Goertzen
**Signature**

02/03/2022
**Date**

[PRINT]  [SAVE AS]  [RESET]