(Rev. 01/2022)

## United States District Court – Western District of Washington
## TRANSCRIPT ORDER FORM

Court Reporter: Debbie Zurn            Judicial Officer: John C. Coughenour

Case No. 20-CR-0032 JCC            Case Name: United States v. Kaleb Cole

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 09/27/2021 | Trial, including voir dire, motions, opening | Debbie Zurn |
| 09/28/2021 | Trial | Debbie Zurn |
| 09/29/2021 | Trial, including closing | Debbie Zurn |
| 01/11/2022 | Sentencing | Debbie Zurn |

For Appeal?  [ ] No  [✓] Yes    Court of Appeals Case No. 22-30015

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | **Requested Delivery Date*** |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| [✓] Ordinary Transcript (30 day) | $3.65 | $ .90 | $ .60 | 03/16/2022 |
| [ ] 14-Day Transcript (14 day) | $4.25 | $ .90 | $ .60 | |
| [ ] Expedited Transcript (7 day) | $4.85 | $ .90 | $ .60 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.** |
| [ ] 3-Day Transcript (3 day) | $5.45 | $1.05 | $ .75 | |
| [ ] Daily Transcript (next morning) | $6.05 | $1.20 | $ .90 | |
| [ ] Hourly Transcript (same day) | $7.25 | $1.20 | $ .90 | |
| [ ] Realtime Transcript | $3.05 | ------- | ------- | |

[✓] PDF (default delivery format)

Email address for delivery of PDF transcript: tim@blacklawseattle.com

Additional Comments:

CJA

| Contact Information | |
|---|---|
| Name: | Teymur Askerov |
| Phone: | 206-623-1604    Email: tim@blacklawseattle.com |
| Firm: | Black & Askerov, PLLC |
| Street Address: | 705 2nd Avenue, Suite 1111 |
| City/State/Zip: | Seattle, WA 98104 |
| Billing Reference # (if applicable): | |

s/Teymur Askerov                                                        02/09/2022

**Signature**                                                                   **Date**

[PRINT]        [SAVE AS]        [RESET]