| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUL 14 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

KALEB J COLE,

    Defendant-Appellant.

No. 22-30015

D.C. No. 2:20-cr-00032-JCC-2
Western District of Washington, Seattle

ORDER

Before: NGUYEN and HURWITZ, Circuit Judges, and GUTIERREZ,[*] District Judge.

Counsel's motion to withdraw from representation of appellant (Dkt. No. 61) is GRANTED.

Appellant's counsel and the clerk shall serve this order on appellant individually at Kaleb J. Cole, Reg. No. 13964-579, USP Marion, U.S. Penitentiary, P.O. Box 1000, Marion, IL 62959.

---

[*] The Honorable Philip S. Gutierrez, Chief United States District Judge for the Central District of California, sitting by designation.